1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   DARREN J. ROBBINS (168593)
3  TRAVIS E. DOWNS III (148274)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   billl@lerachlaw.com
6  darrenr@lerachlaw.com
   travisd@lerachlaw.com
7
   SCHIFFRIN & BARROWAY, LLP
8  ERIC L. ZAGAR
   SEAN M. HANDLER
9  280 King of Prussia Road
   Radnor, PA  19087
10 Telephone:  610/667-7706
   610/667-7056 (fax)
11
   [Proposed] Co-Lead Counsel for Plaintiffs

**\*\*E-filed 7/13/06\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH DOSSETT, Derivatively on Behalf of Nominal Defendant McAFEE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS L. CLINE, et al., <br><br> Defendants, <br><br> – and – <br><br> McAFEE, INC., <br><br> Nominal Defendant. | No. 5:06-cv-03484-JF <br><br> STIPULATION AND [P~~ROPOSED~~] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS AND CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

[Caption continued on following page.]

| | | |
|---|---|---|
| HEAVY & GENERAL LABORERS' LOCALS 472 & 172 PENSION & ANNUITY FUNDS, Derivatively on Behalf of McAFEE, INC., | ) ) ) ) | No. 5:06-cv-03620-JF |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GEORGE SAMENUK, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| McAFEE, INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) | |

WHEREAS, there are two related shareholder derivative actions on behalf of nominal defendant McAfee, Inc. pending before this Court:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

WHEREAS, the two related *McAfee* shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a); and

WHEREAS, defendants take no position as to the appointment of the Heavy & General Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead Counsel.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

I.   **CONSOLIDATION OF ACTIONS**

1.   The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

2.   The caption of these consolidated actions shall be "*In re McAfee, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. 5:06-cv-03484-JF.  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION ) ) _____ ) ) This Document Relates To: ) _____) | Master File No. 5:06-cv-03484-JF |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-03484-JF, *Dossett v. Cline, et al.*").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of *In re McAfee, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re McAfee, Inc. Derivative Litigation*.

## II. APPOINTMENT OF LEAD DERIVATIVE PLAINTIFFS AND CO-LEAD DERIVATIVE COUNSEL

9. Plaintiffs, Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Kenneth Dossett, shall be appointed Lead Plaintiffs.

10. The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated *McAfee* shareholder derivative actions.[1]

11. Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Co-Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

---

[1] Defendants take no position as to the appointment of the Heavy & General Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead Counsel.

1  motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs
2  except through Co-Lead Counsel.

3        13.     Co-Lead Counsel also shall be available and responsible for communications to and
4  from this Court.  Co-Lead Counsel shall be responsible for the creation and maintenance of a master
5  service list of all parties and their respective counsel.

6        14.     Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or
7  other duly authorized representatives of plaintiffs, and such agreements shall be binding on
8  plaintiffs.

9  **III.   SCHEDULE**

10        15.     Plaintiffs shall no later than 60 days from the entry of this Order file and serve a
11  Consolidated Complaint which will supersede all existing complaints filed in these actions.
12  Defendants need not respond to any of the pre-existing complaints.  Service, pursuant to Rule 4 of
13  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,
14  or their counsel, shall constitute sufficient service on that defendant.  Service shall be effected with
15  respect to any defendant named in any of the consolidated actions by serving the Consolidated
16  Complaint on that defendant's counsel.

17        16.     Each defendant shall answer or otherwise respond to the Consolidated Complaint no
18  later than 45 days from the date of service.  In the event that defendants file and serve any motion
19  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days
20  after the service of defendants' motion.  If defendants file and serve a reply to plaintiffs' opposition,
21  they will do so within 15 days after service of the opposition.

22       IT IS SO STIPULATED.

23  DATED: July 10, 2006                           LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
24                                                WILLIAM S. LERACH
                                              DARREN J. ROBBINS
25                                                TRAVIS E. DOWNS III

26

27                                                   s/ TRAVIS E. DOWNS III
                                                  TRAVIS E. DOWNS III
28

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 3 | | |

4       I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Sean M. Handler has concurred in this filing.

5

6

DATED:  July 10, 2006                        SCHIFFRIN & BARROWAY, LLP
7                                                                 ERIC L. ZAGAR
                                                                 SEAN M. HANDLER

8

9

                                                                    s/ SEAN M. HANDLER
10                                                                     SEAN M. HANDLER

11                                                                280 King of Prussia Road
                                                               Radnor, PA  19087
12                                                               Telephone:  610/667-7706
                                                              610/667-7056 (fax)
13

                                                              [Proposed] Co-Lead Counsel for Plaintiffs
14

                                                              GREEN WELLING, LLP
15                                                                ROBERT S. GREEN
                                                              595 Market Street, Suite 2750
16                                                               San Francisco, CA  94105
                                                              Telephone:  415/477-6700
17                                                               415/477-6710 (fax)

18                                                               Attorneys for Plaintiffs

19     I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Gregory L. Watts has concurred in this filing.

20

21

DATED:  July 10, 2006                        WILSON SONSINI GOODRICH & ROSATI
22                                                                 BORIS FELDMAN
                                                                NINA F. LOCKER
23                                                               GREGORY L. WATTS

24

25                                                            s/ GREGORY L. WATTS
                                                              GREGORY L. WATTS
26

27

28

STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD PLTFS & CO-LEAD
COUNSEL, & SETTING SCHEDULE FOR FILING OF CONS COMPLAINT - 5:06-cv-03484-JF     - 5 -

| | |
|---|---|
| 1 | |
| 2 | 650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  650/493-9300 |
| 3 | 650/493-6811 (fax) |
| 4 | Counsel for Nominal Defendant McAfee, Inc.<br>and Individual Defendants George Samenuk, Eric |
| 5 | F. Brown, Kevin Weiss, Leslie G. Denend,<br>Robert M. Cutkowsky, Denis O'Leary, Robert |
| 6 | W. Pangia, Robert B. Bucknam, Liane Wilson,<br>and Dale L. Fullers |

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  7/12/06                                        _____
                                                                        THE HONORABLE JEREMY FOGEL
                                                                        UNITED STATES DISTRICT JUDGE

S:\CasesSD\McAfee Derivative\STP00032444.doc

STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD PLTFS & CO-LEAD
COUNSEL, & SETTING SCHEDULE FOR FILING OF CONS COMPLAINT - 5:06-cv-03484-JF         - 6 -

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ TRAVIS E. DOWNS III
TRAVIS E. DOWNS III

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  Travisd@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James H Miller
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
```