**E-filed 8/31/06**

1  BORIS FELDMAN, State Bar No. 128838
   Email: boris.feldman@wsgr.com
2  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
3  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   CLAYTON BASSER-WALL, State Bar No. 209100
8  Email: cbasserwall@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   8911 Capital of Texas Highway North
10 Westech 360, Suite 3210
   Austin, TX 78759-8497
11 Telephone:  (512) 338-5407
   Facsimile:   (512) 338-5499
12

13 Attorneys for Nominal Defendant
   McAfee, Inc. and Individual Defendants
14 Robert Bucknam, Leslie Denend, Robert
   Dutkowsky, Dale Fuller, Denis O'Leary,
15 Robert Pangia, Geroge Samenuk, Liane
   Wilson, Eric Brown, and Kevin Weiss

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

20

21 | In re MCAFEE, INC. DERIVATIVE        )  Master File No.:  5:06-cv-03484-JF
   | LITIGATION                           )
22 |                                      )  **STIPULATION AND [P~~ROPOSED~~]**
   |                                      )  **ORDER SCHEDULING THE INITIAL**
23 | This Document Relates To:            )  **CASE MANAGEMENT**
   | ALL MATTERS                          )  **CONFERENCE**
24 |                                      )
   |_____)

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER SCHEDULING THE                                2943260_1.DOC
INITIAL CASE MANAGEMENT CONFERENCE; MASTER
FILE NO. 5:06-CV-03484-JF**

1  WHEREAS, on May 31, 2006, an Initial Case Management Conference was scheduled in *Dossett v. Cline*, *et al.*, Case No. 5:06-cv-03484-JF ("*Dossett*") for September 5, 2006; and

3  WHEREAS, on June 7, 2006, an Initial Case Management Conference was scheduled in *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.*, Case No. 5:06-cv-03620-JF ("*Heavy Laborers*") for September 8, 2006; and

6  WHEREAS, on July 13, 2006, this Court entered an Order (1) consolidating *Dossett* and *Heavy Laborers* as *In re McAfee, Inc. Derivative Litigation*, Master File No. 5:06-cv-03484-JF (the "Consolidated Action"); (2) appointing Lead Plaintiffs and Co-Lead Plaintiffs' Counsel; and (3) setting a schedule for Lead Plaintiffs to file and serve a Consolidated Complaint; and

10  WHEREAS, pursuant to the Court's July 13, 2006 Order, Lead Plaintiffs' Consolidated Complaint is due to be filed on September 11, 2006; and

12  WHEREAS, the parties believe the Initial Case Management Conference in the Consolidated Action will be more informative and productive for the Court and the parties if it occurs after Lead Plaintiffs have filed and defendants have reviewed the Consolidated Complaint; and

16  WHEREAS, the parties request that the Court (1) schedule an Initial Case Management Conference in the Consolidated Action for October 27, 2006; (2) cancel the Initial Case Management Conference in *Dossett* scheduled for September 5, 2006; and (3) cancel the Initial Case Management Conference in *Heavy Laborers* scheduled for September 8, 2006.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1 | NOW THEREFORE, the parties, by and through their undersigned counsel, hereby agree and stipulate as follows, subject to the Court's approval:

The Initial Case Management Conference in the Consolidated Action shall occur on October 27, 2006 at ~~2:00 p.m.~~ 10:30 A.M. in Courtroom ~~5~~ 3 before the Honorable Jeremy Fogel. The Initial Case Management Conference in *Dossett* scheduled for September 5, 2006 is cancelled. The Initial Case Management Conference in *Heavy Laborers* scheduled for September 8, 2006 is cancelled.

Dated: August 25, 2006

By: _____/s/ Clayton Basser-Wall_____
Clayton Basser-Wall
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone: (512) 338-5407
Facsimile: (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Robert Bucknam, Leslie Denend, Robert
Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, Geroge Samenuk, Liane
Wilson, Eric Brown, and Kevin Weiss

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Brandon Kimura has concurred in this filing.*

Dated: August 25, 2006

By: _____/s/ Brandon Kimura_____
William S. Freeman
Mary Beth O'Connor
Brandon J. Kimura
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Attorneys for Individual Defendant
Kent Roberts

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.*

| | |
|---|---|
| Dated: August 25, 2006 | By: _____/s/ Shawn A. Williams_____<br>Shawn A. Williams<br>Maria V. Morris<br>  LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>100 Pine Street, Ste. 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>       - and -<br>Travis E. Downs III<br>Benny C. Goodman III<br>Thomas G. Wilhelm<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>Attorneys for Lead Plaintiff<br>Heavy & General Laborers' Locals 472 & 172<br>Pension & Annuity Funds |

*      *      *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/31/06

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE