LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
MARIA V. MORRIS (223903)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mmorris@lerachlaw.com

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
shandler@sbclasslaw.com

Co-Lead Counsel for Plaintiffs

**E-filed 9/8/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION | Master File No. 5:06-cv-03484-JF |
| This Document Relates To: | STIPULATION AND [P~~ROPOSE~~D] ORDER RESCHEDULING FILING OF CONSOLIDATED COMPLAINT |
|     ALL ACTIONS. | |

1  WHEREAS, on July 13, 2006, the Court entered an Order Consolidating Cases for All Purposes, Appointing Lead Plaintiffs and Co-Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint;

4  WHEREAS, the consolidated complaint is due to be filed on September 11, 2006; and

5  WHEREAS, plaintiffs have requested that defendants agree to an extension until September 22, 2006 for the filing of the consolidated complaint.

7  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, that the consolidated complaint shall be filed no later than September 22, 2006.

10  IT IS SO STIPULATED.

11  DATED: September 6, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS

                                /s/
                    MARIA V. MORRIS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER RESCHEDULING FILING OF CONSOLIDATED
COMPLAINT - 5:06-cv-03484-JF                                                                                                                  - 1 -

| | | |
|---|---|---|
| 1 | DATED: September 6, 2006 | COOLEY GODWARD LLP |
| 2 | | WILLIAM S. FREEMAN |
| | | MARY BETH O'CONNOR |
| 3 | | BRANDON J. KIMURA |

/s/<br>WILLIAM S. FREEMAN

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  650/843-5000
650/857-0663 (fax)

Counsel for Individual Defendant Kent Roberts

   I, Maria V. Morris, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE .  In compliance with General Order 45, X.B., I hereby attest that William S. Freeman has concurred in this filing.

DATED:  September 6, 2006                    WILSON SONSINI GOODRICH &
                                                                      ROSATI, P.C.
                                                                  BORIS FELDMAN
                                                                  NINA F. LOCKER
                                                                  RODNEY G. STRICKLAND

/s/<br>RODNEY G. STRICKLAND

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

WILSON SONSINI GOODRICH &
   ROSATI, P.C.
CLAYTON BASSER-WALL
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX  78759-8497
Telephone: 512/338-5400
512/338-5499 (fax)

STIPULATION AND [PROPOSED] ORDER RESCHEDULING FILING OF CONSOLIDATED
COMPLAINT - 5:06-cv-03484-JF                                                                                                          - 2 -

1
2   Counsel for Nominal Defendant McAfee, Inc.
    and Individual Defendants Robert Bucknam,
3   Leslie Denend, Robert Dutkowsky, Dale Fuller,
    Denis O'Leary, Robert Pangia, Geroge Samenuk,
4   Liane Wilson, Eric Brown, and Kevin Weiss

5

6       I, Maria V. Morris, am the ECF User whose ID and password are being used to file this
    STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE .  In
7   compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred
    in this filing.
8

9

10
                              *     *     *
11
                                   **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13
    DATED:     9/8/06
14                                    _____
                                      THE HONORABLE JEREMY FOGEL
15                                    UNITED STATES DISTRICT JUDGE

16

17
    T:\CasesSF\McAfee Derivative\STP00034164.doc
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING FILING OF CONSOLIDATED
COMPLAINT - 5:06-cv-03484-JF                                              - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:Mariam@lerachlaw.com

## Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com tcarney@cooley.com

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James H Miller
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
```