BORIS FELDMAN, State Bar No. 128838                    **E-filed 10/6/06**
Email: boris.feldman@wsgr.com
NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

CLAYTON BASSER-WALL, State Bar No. 209100
Email: cbasserwall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone:   (512) 338-5407
Facsimile:    (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend,
Robert Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, Geroge Samenuk, Kevin Weiss,
and Liane Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL MATTERS | Master File No.:  5:06-cv-03484-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' [CORRECTED] CONSOLIDATED COMPLAINT** |

1    WHEREAS, on July 13, 2006, the Court entered an Order Consolidating Cases for All

2  Purposes, Appointing Lead Plaintiffs and Co-Lead Counsel, and Setting Schedule for Filing of

3  Consolidated Complaint;

4    WHEREAS, pursuant to an Order dated September 8, 2006, plaintiffs' Consolidated

5  Complaint was filed on September 22, 2006;

6    WHEREAS, on September 28, 2006, plaintiffs filed a [Corrected] Consolidated

7  Complaint;

8    WHEREAS, pursuant to the July 13 and September 8 Orders, defendants are required to

9  answer or otherwise respond to the [Corrected] Consolidated Complaint on or before November

10  13, 2006; in the event that defendants file and serve any motion directed at the [Corrected]

11  Consolidated Complaint, plaintiffs are required to file and serve their opposition on or before

12  December 28, 2006; and, if defendants file and serve a reply to plaintiffs' opposition, they are

13  required to do so on or before January 12, 2007;

14    WHEREAS, on October 2, 2006, defendants requested and plaintiffs agreed to amend the

15  schedule for the filing of their response to the [Corrected] Consolidated Complaint as follows:

16  Defendants are required to file and serve any motions to dismiss the [Corrected] Consolidated

17  Complaint on or before November 21, 2006; plaintiffs are required to file and serve any

18  oppositions thereto on or before January 16, 2007; and defendants are required to file and serve

19  replies to plaintiffs' opposition on or before January 31, 2007;

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSE TO PLAINTIFFS' CORRECTED
CONSOLIDATED COMPLAINT; MASTER FILE NO. 5:06-
CV-03484-JF

2965144_1.DOC

1       NOW THEREFORE, IT IS STIPULATED AND AGREED by defendants and plaintiffs,

2   through their undersigned counsel, as follows:

3       Defendants are required to file and serve any motions to dismiss the [Corrected]

4   Consolidated Complaint on or before November 21, 2006; plaintiffs are required to file and serve

5   their oppositions thereto on or before January 16, 2007; and defendants are required to file and

6   serve replies to plaintiffs' opposition on or before January 31, 2007;

7

8   Dated:  October 5, 2006                     By:  _____/s/ Clayton Basser-Wall_____
                                                Clayton Basser-Wall
9                                               WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
10                                              8911 Capital of Texas Highway North
                                                Westech 360, Suite 3210
11                                              Austin, TX 78759-8497
                                                Telephone:(512) 338-5407
12                                              Facsimile: (512) 338-5499

13                                              Attorneys for Nominal Defendant
                                                McAfee, Inc. and Individual Defendants
14                                              Eric Brown, Robert Bucknam, Leslie Denend,
                                                Robert Dutkowsky, Dale Fuller, Denis O'Leary,
15                                              Robert Pangia, Geroge Samenuk, Kevin Weiss,
                                                and Liane Wilson

16

17      I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
    this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
18  hereby attest that Brandon Kimura has concurred in this filing.

19

20  Dated:  October 5, 2006                     By:  _____/s/ Brandon Kimura_____
                                                William S. Freeman
21                                              Mary Beth O'Connor
                                                Brandon J. Kimura
22                                              COOLEY GODWARD KRONISH LLP
                                                Five Palo Alto Square
23                                              3000 El Camino Real
                                                Palo Alto, CA  94306-2155
24                                              Telephone:  (650) 843-5000
                                                Facsimile:   (650) 857-0663
25
                                                Attorneys for Individual Defendant
26                                              Kent Roberts

27

28
    **STIPULATION AND [PROPOSED] ORDER REGARDING**                              2965144_1.DOC
    **DEFENDANTS' RESPONSE TO PLAINTIFFS' CORRECTED**
    **CONSOLIDATED COMPLAINT**; MASTER FILE NO. 5:06-
    CV-03484-JF

1       *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I*
2   *hereby attest that Shawn Williams has concurred in this filing.*

3

4   Dated:  October 5, 2006                    By:  _____/s/ Shawn A. Williams_____
                                                Shawn A. Williams
5                                               Maria V. Morris
                                                   LERACH COUGHLIN STOIA GELLER
6                                                  RUDMAN & ROBBINS LLP
                                                100 Pine Street, Ste. 2600
7                                               San Francisco, CA 94111
                                                Telephone:  (415) 288-4545
8                                               Facsimile:   (415) 288-4534
                                                     - and -
9                                               Travis E. Downs III
                                                Benny C.Goodman III
10                                              Thomas G. Wilhelm
                                                655 West Broadway, Suite 1900
11                                              San Diego, CA 92101
                                                Telephone:  (619) 231-1058
12                                              Facsimile:   (619) 231-7423

13                                              Attorneys for Lead Plaintiff
                                                Heavy & General Laborers' Locals 472 & 172
14                                              Pension & Annuity Funds

15

16                                  *       *       *

17                              **ORDER**

18       PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   DATED:  ____10/6/06_____

21                                              _____
                                                THE HONORABLE JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28