**E-filed 10/11/06**

BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

CLAYTON BASSER-WALL, State Bar No. 209100
Email: cbasserwall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone:   (512) 338-5407
Facsimile:    (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend,
Robert Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, Geroge Samenuk, Kevin Weiss,
and Liane Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>ALL MATTERS )<br>_____ ) | Master File No.:  5:06-cv-03484-JF<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS** |

2968226_1.DOC

1    Counsel report that they have met and conferred regarding ADR and have reached the

2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    This is a purported shareholder derivative action.  Plaintiffs assert fourteen claims against

4  twenty-three defendants relating to alleged stock option "back dating."   Plaintiffs filed the

5  Consolidated Complaint on September 22, 2006, and a [Corrected] Consolidated Complaint on

6  September 28, 2006.  Defendants intend to file motions to dismiss asserting, among other things,

7  that plaintiffs lack standing to pursue this case.  Under the current schedule, defendants' motions

8  would not be fully briefed until January 2007.  Given the current procedural posture, the parties

9  believe it would be premature to schedule ADR at this time.

10    The parties believe that private mediation at some point during the course of this

11  litigation would be worthwhile if the Court finds that the plaintiff has standing and that the

12  complaint (or a subsequent amended complaint) states a claim.  The parties agree that, in the

13  event the case proceeds beyond the pleading stage, they will hold a mediation no later than thirty

14  (30) days after the completion of fact discovery.  The parties further agree to meet and confer

15  within 30 days of the filing of an answer to the operative complaint regarding the appropriate

16  mediator and timing for a mediation.

17

18  Dated:  October 6, 2006                    By: _____/s/ Clayton Basser-Wall_____
                                             Clayton Basser-Wall
19                                             WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation
20                                             8911 Capital of Texas Highway North
                                             Westech 360, Suite 3210
21                                             Austin, TX 78759-8497
                                             Telephone:(512) 338-5407
22                                             Facsimile: (512) 338-5499

23                                             Attorneys for Nominal Defendant
                                             McAfee, Inc. and Individual Defendants
24                                             Eric Brown, Robert Bucknam, Leslie Denend,
                                             Robert Dutkowsky, Dale Fuller, Denis O'Leary,
25                                             Robert Pangia, Geroge Samenuk, Kevin Weiss,
                                             and Liane Wilson

26

27

28

1    I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
     this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
2    hereby attest that Brandon Kimura has concurred in this filing.

3

4    Dated:  October 6, 2006                    By:  _____/s/ Brandon Kimura_____
                                                William S. Freeman
5                                               Mary Beth O'Connor
                                                Brandon J. Kimura
6                                               COOLEY GODWARD KRONISH LLP
                                                Five Palo Alto Square
7                                               3000 El Camino Real
                                                Palo Alto, CA  94306-2155
8                                               Telephone:  (650) 843-5000
                                                Facsimile:   (650) 857-0663
9
                                                Attorneys for Individual Defendant
10                                              Kent Roberts

11

12   I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
     this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
13   hereby attest that Shawn Williams has concurred in this filing.

14

15   Dated:  October 6, 2006                    By:  _____/s/ Shawn A. Williams_____
                                                Shawn A. Williams
16                                              Maria V. Morris
                                                   LERACH COUGHLIN STOIA GELLER
17                                                 RUDMAN & ROBBINS LLP
                                                100 Pine Street, Ste. 2600
18                                              San Francisco, CA 94111
                                                Telephone:  (415) 288-4545
19                                              Facsimile:   (415) 288-4534
                                                      - and -
20                                              Travis E. Downs III
                                                Benny C. Goodman III
21                                              Thomas G. Wilhelm
                                                655 West Broadway, Suite 1900
22                                              San Diego, CA 92101
                                                Telephone:  (619) 231-1058
23                                              Facsimile:   (619) 231-7423

24
                                                SCHIFFRIN & BARROWAY, LLP
25                                              ERIC L. ZAGAR
                                                SEAN M. HANDLER
26                                              280 King of Prussia Road
                                                Radnor, PA  19087
27                                              Telephone:  610/667-7706
                                                610/667-7056 (fax)
28
                                                Co-Lead Counsel for Plaintiffs

1                              *       *       *

2                                  **ORDER**

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    DATED: _____10/11/06_____                        _____

6                                              THE HONORABLE JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER SELECTING**                          2968226_1.DOC
**ADR PROCESS**; MASTER FILE NO. 5:06-cv-03484-JF