\*\*E-filed 10/24/06\*\*

BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

CLAYTON BASSER-WALL, State Bar No. 209100
Email: cbasserwall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone:   (512) 338-5407
Facsimile:    (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend,
Robert Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, Geroge Samenuk, Kevin Weiss,
and Liane Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL MATTERS | Master File No.:  5:06-cv-03484-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SCHEDULING FILING OF AMENDED CONSOLIDATED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESCHEDULING FILING OF AMENDED CONSOLIDATED COMPLAINT; MASTER FILE NO. 5:06-CV-03484-JF

2976335_1.DOC

1  WHEREAS, on July 13, 2006, the Court entered an Order Consolidating Cases for All Purposes, Appointing Lead Plaintiffs and Co-Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint;

4  WHEREAS, pursuant to an Order dated September 8, 2006, plaintiffs' Consolidated Complaint was filed on September 22, 2006;

6  WHEREAS, on September 28, 2006, plaintiffs filed a [Corrected] Consolidated Complaint;

8  WHEREAS, on October 6, 2006, the Court entered an Order requiring defendants to file and serve any motions to dismiss the [Corrected] Consolidated Complaint on or before November 21, 2006; requiring plaintiffs to file and serve any oppositions thereto on or before January 16, 2007; and requiring defendants to file and serve replies to plaintiffs' oppositions on or before January 31, 2007;

13  WHEREAS, the Initial Case Management Conference is currently scheduled for 10:30 a.m. on October 27, 2006;

15  WHEREAS, on October 11, 2006, McAfee announced that "it will need to restate historical financial statements to record additional non-cash charges for stock-based compensation expense over a ten year period" and that it "currently believes that the amount of the restatement required to record such charges is likely to be in the range of $100 million to $150 million;"

19  WHEREAS, plaintiffs have indicated that they intend to assert claims against the Individual Defendants in connection with McAfee's restatement of historical financial results and that they intend to file an Amended Consolidated Complaint to assert such claims;

22  WHEREAS, in light of plaintiffs' intention to file an Amended Consolidated Complaint, it would be a waste of the Court's and the parties' resources if the defendants filed motions to dismiss the current complaint; and

25  WHEREAS, in light of the foregoing, the parties believe that the interests of judicial economy and the preservation of the parties' resources would be better served if the initial case management conference were postponed until after plaintiffs' file their Amended Consolidated Complaint.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESCHEDULING FILING OF AMENDED CONSOLIDATED COMPLAINT; MASTER FILE NO. 5:06-CV-03484-JF

2976335_1.DOC

1  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

1. <u>Amended Consolidated Complaint</u>:  Plaintiffs shall file an Amended Consolidated Complaint no later than 45 days from entry of this Order; and

2. <u>Defendants Responses Thereto</u>:  Defendants shall have 45 days after the date of service of the Amended Consolidated Complaint to file any responses thereto; defendants shall have no obligation to respond to the [Corrected] Consolidated Complaint.  In the event that defendants file and serve any motions to dismiss the Amended Consolidated Complaint, plaintiffs shall file and serve oppositions within 45 days after service of defendants' motion.  If defendants file and serve replies to plaintiffs' oppositions, they will do so within 15 days after service of such oppositions.

3. <u>The Initial Case Management Conference</u>:  The Initial Case Management Conference scheduled for 10:30 a.m. on October 27, 2006 shall be taken off calendar and rescheduled for 10:30 a.m. on December 15, 2006 or at another time convenient for the Court.

IT IS SO STIPULATED.

Dated:  October 23, 2006

By:  /s/ Clayton Basser-Wall
Clayton Basser-Wall
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone:(512) 338-5407
Facsimile: (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Geroge Samenuk, Kevin Weiss, and Liane Wilson

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESCHEDULING FILING OF AMENDED CONSOLIDATED COMPLAINT; MASTER FILE NO. 5:06-CV-03484-JF

2976335_1.DOC

1 | *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Brandon Kimura has concurred in this filing.*

2

3

4 | Dated:  October 23, 2006

By:  /s/ Brandon Kimura
William S. Freeman
Mary Beth O'Connor
Brandon J. Kimura
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Individual Defendant
Kent Roberts

11 | *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Maria V. Morris has concurred in this filing.*

14 | Dated:  October 23, 2006

By:  /s/ Maria V. Morris
Shawn A. Williams
Maria V. Morris
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:   (415) 288-4534

Travis E. Downs III
Benny C. Goodman III
Thomas G. Wilhelm
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

SCHIFFRIN & BARROWAY, LLP
Eric L. Zagar
Robin Winchester
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESCHEDULING FILING OF AMENDED CONSOLIDATED COMPLAINT**; MASTER FILE NO. 5:06-CV-03484-JF

2976335_1.DOC

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/24/06

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESCHEDULING FILING OF AMENDED CONSOLIDATED COMPLAINT; MASTER FILE NO. 5:06-CV-03484-JF

2976335_1.DOC