**E-filed 12/14/06**

1    BORIS FELDMAN, State Bar No. 128838
     Email: boris.feldman@wsgr.com
2    NINA F. LOCKER, State Bar No. 123838
     Email: nlocker@wsgr.com
3    RODNEY G. STRICKLAND, State Bar No. 161934
     Email: rstrickland@wsgr.com
4    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
5    650 Page Mill Road
     Palo Alto, CA 94304-1050
6    Telephone:   (650) 493-9300
     Facsimile:    (650) 565-5100
7

8    CLAYTON BASSER-WALL, State Bar No. 209100
     Email: cbasserwall@wsgr.com
9    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
10   8911 Capital of Texas Highway North
     Westech 360, Suite 3210
11   Austin, TX 78759-8497
     Telephone:   (512) 338-5407
12   Facsimile:    (512) 338-5499

13   Attorneys for Nominal Defendant
     McAfee, Inc. and Individual Defendants
14   Eric Brown, Robert Bucknam, Leslie Denend,
     Robert Dutkowsky, Dale Fuller, Denis O'Leary,
15   Robert Pangia, and Liane Wilson

16

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

20

21   In re MCAFEE, INC. DERIVATIVE          )   Master File No.:  5:06-cv-03484-JF
     LITIGATION                             )
22                                          )   **STIPULATION AND [~~PROPOSED~~]
                                            )   ORDER CONTINUING INITIAL CASE
23   This Document Relates To:              )   MANAGEMENT CONFERENCE**
     ALL MATTERS                            )
24   _____    )

25

26

27

28

1    WHEREAS, the Initial Case Management Conference (the "Conference") is currently

2 scheduled for 10:30 a.m. on December 15, 2006;

3    WHEREAS, on December 8, 2006, plaintiffs filed their First Amended Consolidated

4 Complaint (the "Complaint") and the parties filed a Joint Case Management Conference Statement

5 (the "Statement");

6    WHEREAS, pursuant to this Court's Order dated October 24, 2006, defendants' responses

7 to the Complaint are due on January 22, 2007;

8    WHEREAS, in light of the current procedural posture of this matter, and as the Statement

9 reflects, the parties believe that it would be premature to discuss discovery and other case

10 management issues at this time and, therefore, the interests of judicial economy are better served

11 by postponing the Conference until after defendants have responded to the Complaint;

12    WHEREAS, on December 13, 2006, plaintiffs' counsel was informed by the Court's

13 Clerk that the next available time for the Conference is at 10:30 a.m. on February 2, 2007; and

14    WHEREAS, counsel for McAfee has confirmed that the other defense counsel identified

15 on the parties' Statement are available at 10:30 a.m. on February 2, 2007 for the Conference;

16

17

18

19

20

21

22

23

24

25

26

27

28  / / /

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, that the Initial Case Management Conference scheduled for 10:30 a.m. on December 15, 2006 shall be taken off calendar and rescheduled for 10:30 a.m. on February 2, 2007 or at another time convenient for the Court.

Dated:  December 14, 2006

By: _____/s/ Clayton Basser-Wall_____
Boris Feldman
Nina F. Locker
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

Clayton Basser-Wall
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759
Telephone:(512) 338-5407
Facsimile: (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, and Liane Wilson

1

        I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
2   *this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General
    Order 45, X.B., I hereby attest that Elliot Peters has concurred in this filing.*

3

4   Dated:  December 14, 2006                    By:        /s/ Elliot R. Peters
                                                 Elliot R. Peters
5                                                R. James Slaughter
                                                 KEKER & VAN NEST LLP
6                                                710 Sansome Street
                                                 San Francisco, CA 94111
7                                                Telephone:  (415) 391-5400
                                                 Facsimile:   (415) 397-7188
8
                                                 Attorneys for Individual Defendant
9                                                Geroge Samenuk

10

11

12          I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
    *this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General
13  Order 45, X.B., I hereby attest that John Potter has concurred in this filing.*

14

15  Dated:  December 14, 2006                    By:        /s/ John Potter
                                                 John Potter
16                                               QUINN EMANUEL URQUHART
                                                     OLIVER & HEDGES, LLP
17                                               50 California Street, #22
                                                 San Francisco, California  94111
18                                               Telephone:  (415) 875-6600
                                                 Facsimile:   (415) 875-6700
19

20                                               N. Scott Fletcher
                                                 Michael C. Holmes
21                                               VINSON & ELKINS LLP
                                                 1001 Fannin – Suite 2500
22                                               Houston, TX  77002-6760
                                                 Telephone:  (713) 758-3234
23                                               Facsimile:   (713) 615-5168

24                                               Attorneys for Individual Defendant
                                                 Kevin Weiss
25

26

27

28

1

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that William Goodman has concurred in this filing.*

2

3

4   Dated:  December 14, 2006                          By:  _____/s/ William M. Goodman_____

William M. Goodman

5                                                                   Andrea P. DeShazo

Raphael M. Goldman

6                                                                   TOPEL & GOODMAN

832 Sansome Street, 4th Floor

7                                                                   San Francisco, CA  94111

Telephone:  (415) 421-6140

8                                                                   Facsimile:   (415) 398-5030

9                                                                   Attorneys for Individual Defendant

Evan Collins

10

11

12

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that Joshua Reiten has concurred in this filing.*

13

14

15   Dated:  December 14, 2006                          By:  _____/s/ Joshua A. Reiten_____

Sarah A. Good

16                                                                  Clara J. Shin

Joshua A. Reiten

17                                                                  HOWARD RICE NEMEROVSKI CANADY

FALK & RABKIN

18                                                                  Three Embarcadero Center, Seventh Floor

San Francisco, CA  94111

19                                                                  Telephone:  (415) 434-1600

Facsimile:   (415) 217-5910

20

21                                                                  Attorneys for Individual Defendant

Sylvia Garcia-Lechelt

22

23

24

25

26

27

28

3011892_1.DOC

1

2

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that Heather McPhee has concurred in this filing.*

3

4      Dated:  December 14, 2006                    By:  _____/s/ Heather M. McPhee_____

5                                                                    DeMaurice F. Smith
                                                                      Heather M. McPhee
6                                                                    PATTON BOGGS LLP
                                                                      2550 M. St. NW
7                                                                    Washington, DC  20037
                                                                      Telephone:  (202) 457-6000
8                                                                    Facsimile:  (202) 457-6315

9                                                                    Attorneys for Individual Defendant
                                                                      Virginia Gemmell

10

11

12

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that Elizabeth Rogers has concurred in this filing.*

13

14     Dated:  December 14, 2006                    By:  _____/s/ Elizabeth I. Rogers_____

15                                                                    Elizabeth I. Rogers
                                                                      WILMER CUTLER PICKERING HALE &
16                                                                           DORR LLP
                                                                      1117 S. California Avenue
17                                                                    Palo Alto, CA 94304
                                                                      Telephone:  (650) 858-6042
18                                                                    Facsimile:  (650) 858-6100

19                                                                    Mary Jo Johnson
                                                                      WILMER CUTLER PICKERING HALE &
20                                                                           DORR LLP
                                                                      60 State Street
21                                                                    Boston, MA  02109
                                                                      Telephone:  (617) 526-6750
22                                                                    Facsimile:  (617) 526-5000

23                                                                    Attorneys for Individual Defendant
                                                                      Prabhat Goyal

24

25

26

27

28

1    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
     this JOINT CASE MANAGEMENT CONFERENCE STATEMENT. In compliance with General*
2    *Order 45, X.B., I hereby attest that John Stigi has concurred in this filing.*

3

4    Dated:  December 14, 2006                    By: _____/s/ John P. Stigi III_____
                                                  John P. Stigi III
5                                                 SHEPPARD, MULLIN, RICHTER &
                                                      HAMPTON LLP
6                                                 333 South Hope Street
                                                  Forty-Eighth Floor
7                                                 Los Angeles, CA  90071
                                                  Telephone:  (213) 617-5589
8                                                 Facsimile:   (213) 620-1398

9                                                 Attorneys for Individual Defendant
                                                  Edwin Harper
10

11

12   *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
     this JOINT CASE MANAGEMENT CONFERENCE STATEMENT. In compliance with General*
13   *Order 45, X.B., I hereby attest that Darryl Rains has concurred in this filing.*

14

15   Dated:  December 14, 2006                    By: _____/s/ Darryl P. Rains_____
                                                  Darryl P. Rains
16                                                MORRISON & FOERSTER
                                                  755 Page Mill Road
17                                                Palo Alto, CA  94304
                                                  Telephone:  (650) 813-5600
18                                                Facsimile:   (650) 494-0792

19                                                Attorneys for Individual Defendant
                                                  William Larson
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE; MASTER          -6-
FILE NO. 5:06-CV-03484-JF

3011892_1.DOC

1

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General
Order 45, X.B., I hereby attest that Mary Beth O'Connor has concurred in this filing.*

2

3

4    Dated:  December 14, 2006                    By:  _____/s/ Mary Beth O'Connor_____

5                                                William S. Freeman
                                                 Mary Beth O'Connor

6                                                Brandon J. Kimura
                                                 COOLEY GODWARD KRONISH LLP

7                                                Five Palo Alto Square
                                                 3000 El Camino Real

8                                                Palo Alto, CA  94306-2155
                                                 Telephone:  (650) 843-5000

9                                                Facsimile:   (650) 857-0663

10                                               Attorneys for Individual Defendant
                                                 Kent Roberts

11

12   *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file
this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General
Order 45, X.B., I hereby attest that Norman Blears has concurred in this filing.*

13

14

15   Dated:  December 14, 2006                   By:  _____/s/ Norman J. Blears_____

16                                               Norman J. Blears
                                                 HELLER EHRMAN LLP

17                                               275 Middlefield Road
                                                 Menlo Park, CA 94025-3506

18                                               Telephone:  (650) 324-7000
                                                 Facsimile:  (650) 324-0638

19                                               Attorneys for Individual Defendants
                                                 Arthur Matin, Zachary Nelson, and Peter

20                                               Watkins

21

22

23

24

25

26

27

28

1    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that John Hemann has concurred in this filing.*

2

3

4    Dated:  December 14, 2006                    By:  _____/s/ John H. Hemann_____
                                                  John H. Hemann
5                                                 MORGAN, LEWIS & BOCKIUS LLP
                                                  One Market
6                                                 Spear Street Tower
                                                  San Francisco, CA 94105
7                                                 Telephone:  (415) 442-1000
                                                  Facsimile:  (415) 442-1001
8
                                                  Attorneys for Individual Defendant
9                                                 Stephen Richards

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.*

Dated:  December 14, 2006

By:  _____/s/ Shawn A. Williams_____
Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:   (415) 288-4534

Travis E. Downs III
Benny C.Goodman III
Thomas G. Wilhelm
  LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

SCHIFFRIN & BARROWAY, LLP
Eric L. Zagar
Sean M. Handler
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

1                          *         *         *

2                              **ORDER**

3          PURSUANT TO STIPULATION, the Initial Case Management Conference scheduled

4    for 10:30 a.m. on December 15, 2006 shall be taken off calendar and rescheduled for 10:30 a.m.

5    on February 2, 2007 or at another time convenient for the Court.  IT IS SO ORDERED.

6

7

8    DATED: _____12/14/06_____          _____

9                                          THE HONORABLE JEREMY FOGEL
                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28