**E-filed 1/22/07**

1   BORIS FELDMAN, State Bar No. 128838
    Email: boris.feldman@wsgr.com
2   NINA F. LOCKER, State Bar No. 123838
    Email: nlocker@wsgr.com
3   RODNEY G. STRICKLAND, State Bar No. 161934
    Email: rstrickland@wsgr.com
4   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
5   650 Page Mill Road
    Palo Alto, CA 94304-1050
6   Telephone:   (650) 493-9300
    Facsimile:    (650) 565-5100
7

8   CLAYTON BASSER-WALL, State Bar No. 209100
    Email: cbasserwall@wsgr.com
9   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
10  8911 Capital of Texas Highway North
    Westech 360, Suite 3210
11  Austin, TX 78759-8497
    Telephone:   (512) 338-5407
12  Facsimile:    (512) 338-5499

13  Attorneys for Nominal Defendant
    McAfee, Inc. and Individual Defendants
14  Eric Brown, Robert Bucknam, Leslie Denend,
    Robert Dutkowsky, Dale Fuller, Denis O'Leary,
15  Robert Pangia, and Liane Wilson

16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

20

21  In re MCAFEE, INC. DERIVATIVE          )   Master File No.:  5:06-cv-03484-JF
    LITIGATION                             )
22                                         )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER REGARDING DEFENDANTS'**
23  This Document Relates To:              )   **RESPONSES TO PLAINTIFFS' FIRST**
    ALL MATTERS                            )   **AMENDED CONSOLIDATED**
24                                         )   **SHAREHOLDER DERIVATIVE**
                                           )   **COMPLAINT**
25                                         )
                                           )
26  _____)

27

28

1    WHEREAS, pursuant to this Court's Order dated October 24, 2006, defendants' responses

2    to plaintiffs' First Amended Consolidated Shareholder Derivative Complaint (the "Complaint")

3    are due on January 22, 2007;

4    WHEREAS, nominal defendant McAfee, Inc. (the "Company") intends to move to dismiss

5    the Complaint on the grounds that plaintiffs lack standing to sue on McAfee's behalf because,

6    among other reasons, plaintiffs did not make a pre-suit demand on McAfee's Board of Directors

7    (the "McAfee Standing Motion");

8    WHEREAS, the twenty-three individual defendants and McAfee, which are presently

9    represented by thirteen (13) separate law firms, also intend to file motions to dismiss the

10   Complaint on the grounds that the Complaint fails to state claims against each of them or

11   otherwise is subject to dismissal even if plaintiffs have standing to assert their claims (the

12   "Separate Motions");

13   WHEREAS, the significant burden and expense of preparing and opposing the many

14   Separate Motions, and the Court's consideration of each of them, would be unnecessary if the

15   McAfee Standing Motion is granted;

16   WHEREAS, in the interim, plaintiffs and McAfee, through their counsel, intend to meet to

17   discuss the lawsuit and its possible resolution;

18   WHEREAS, the parties believe the resources of the parties and the Court are best

19   conserved, and the interests of judicial economy are best served, by deferring the filing of the

20   Separate Motions until the threshold issue of plaintiffs' standing to file and maintain a lawsuit on

21   behalf of McAfee is resolved by the Court.

22   IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants,

23   through their respective counsel of record, as follows:

24   1.    The McAfee Standing Motion:  Pursuant to this Court's Order dated October 24,

25   2006, McAfee will file its motion to dismiss the Complaint on the ground that plaintiffs do not

26   have standing to pursue this action on the Company's behalf on or before January 22, 2007;

27   plaintiffs shall file their opposition to McAfee's motion to dismiss on or before March 8, 2007;

28   and McAfee shall file its reply to plaintiffs' opposition on or before March 22, 2007.

2.      The Separate Motions:  Other than as set forth in Section 1, above, the individual defendants and McAfee shall have no obligation to move to dismiss or otherwise respond to the Complaint on January 22, 2007.  Following the Court's resolution of the McAfee Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Complaint.

Dated:  January 17, 2007                    By:      /s/ Clayton Basser-Wall
                                            Boris Feldman
                                            Nina F. Locker
                                            Rodney G. Strickland, Jr.
                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
                                            650 Page Mill Road
                                            Palo Alto, CA  94304
                                            Telephone:  (650) 493-9300
                                            Facsimile:  (650) 493-6811

                                            Clayton Basser-Wall
                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
                                            8911 Capital of Texas Highway North
                                            Westech 360, Suite 3210
                                            Austin, TX 78759
                                            Telephone:(512) 338-5407
                                            Facsimile: (512) 338-5499

                                            Attorneys for Nominal Defendant
                                            McAfee, Inc. and Individual Defendants
                                            Eric Brown, Robert Bucknam, Leslie Denend,
                                            Robert Dutkowsky, Dale Fuller, Denis O'Leary,
                                            Robert Pangia, and Liane Wilson

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSES TO AMENDED COMPLAINT;          -2-
MASTER FILE NO. 5:06-CV-03484-JF

3033755.1

1

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.*

2

3

4   Dated:  January 17, 2007

By:      /s/ R. James Slaughter

Elliot R. Peters

5   R. James Slaughter
KEKER & VAN NEST LLP

6   710 Sansome Street
San Francisco, CA 94111

7   Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

8

Attorneys for Individual Defendant

9   Geroge Samenuk

10

11

12   *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that John Potter has concurred in this filing.*

13

14

15   Dated:  January 17, 2007

By:      /s/ John Potter

John Potter

16   QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP

17   50 California Street, #22
San Francisco, California  94111

18   Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

19

20   N. Scott Fletcher
Michael C. Holmes

21   VINSON & ELKINS LLP
1001 Fannin – Suite 2500

22   Houston, TX  77002-6760
Telephone:  (713) 758-3234

23   Facsimile:   (713) 615-5168

24   Attorneys for Individual Defendant
Kevin Weiss

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSES TO AMENDED COMPLAINT;
MASTER FILE NO. 5:06-cv-03484-JF                -3-

3033755.1

1  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Goodman has concurred in this filing.*

2

3

4  Dated:  January 17, 2007

By: _____/s/ William M. Goodman_____
William M. Goodman

5  Andrea P. DeShazo
Raphael M. Goldman

6  TOPEL & GOODMAN
832 Sansome Street, 4th Floor

7  San Francisco, CA  94111
Telephone:  (415) 421-6140

8  Facsimile:   (415) 398-5030

9  Attorneys for Individual Defendant
Evan Collins

10

11  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Sarah A. Good has concurred in this filing.*

12

13

14  Dated:  January 17, 2007

By: _____/s/ Sarah A. Good_____
Sarah A. Good

15  Clara J. Shin
Joshua A. Reiten

16  HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN

17  A Professional Corporation
Three Embarcadero Center, Seventh Floor

18  San Francisco, CA  94111
Telephone:  (415) 434-1600

19  Facsimile:   (415) 217-5910

20  Attorneys for Individual Defendant
Sylvia Garcia-Lechelt

21

22

23

24

25

26

27

28

1    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Heather McPhee has concurred in this filing.*

2

3

4    Dated:  January 17, 2007               By:      /s/ Heather M. McPhee

5                                          DeMaurice F. Smith
                                           Heather M. McPhee
6                                          PATTON BOGGS LLP
                                           2550 M. St. NW
7                                          Washington, DC  20037
                                           Telephone:  (202) 457-6000
                                           Facsimile:  (202) 457-6315
8

9                                          Attorneys for Individual Defendant
                                           Virginia Gemmell
10

11    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Elizabeth Rogers has concurred in this filing.*

12

13

14    Dated:  January 17, 2007               By:      /s/ Elizabeth I. Rogers

15                                         Elizabeth I. Rogers
                                           WILMER CUTLER PICKERING HALE &
                                                DORR LLP
16                                         1117 S. California Avenue
                                           Palo Alto, CA 94304
17                                         Telephone:  (650) 858-6042
                                           Facsimile:  (650) 858-6100
18

19                                         Mary Jo Johnson
                                           WILMER CUTLER PICKERING HALE &
                                                DORR LLP
20                                         60 State Street
                                           Boston, MA  02109
21                                         Telephone:  (617) 526-6750
                                           Facsimile:  (617) 526-5000
22

23                                         Attorneys for Individual Defendant
                                           Prabhat Goyal

24

25

26

27

28

3033755.1

1    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I*
2    *hereby attest that John Stigi has concurred in this filing.*

3

4    Dated:  January 17, 2007                  By:  _____/s/ John P. Stigi III_____
                                              John P. Stigi III
5                                             SHEPPARD, MULLIN, RICHTER &
                                                   HAMPTON LLP
6                                             333 South Hope Street
                                              Forty-Eighth Floor
7                                             Los Angeles, CA  90071
                                              Telephone:  (213) 617-5589
8                                             Facsimile:   (213) 620-1398

9                                             Attorneys for Individual Defendant
                                              Edwin Harper
10

11

12   *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I*
13   *hereby attest that Darryl Rains has concurred in this filing.*

14

15   Dated:  January 17, 2007                  By:  _____/s/ Darryl P. Rains_____
                                              Darryl P. Rains
16                                            MORRISON & FOERSTER
                                              755 Page Mill Road
17                                            Palo Alto, CA  94304
                                              Telephone:  (650) 813-5600
18                                            Facsimile:   (650) 494-0792

19                                            Attorneys for Individual Defendant
                                              William Larson
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSES TO AMENDED COMPLAINT;          -6-
MASTER FILE NO. 5:06-CV-03484-JF

3033755.1

1
2
*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Mary Beth O'Connor has concurred in this filing.*

3

4  Dated:  January 17, 2007                          By:  _____/s/ Mary Beth O'Connor_____
5                                                     William S. Freeman
                                                      Mary Beth O'Connor
6                                                     Brandon J. Kimura
                                                      COOLEY GODWARD KRONISH LLP
7                                                     Five Palo Alto Square
                                                      3000 El Camino Real
8                                                     Palo Alto, CA  94306-2155
                                                      Telephone:  (650) 843-5000
                                                      Facsimile:   (650) 857-0663
9
                                                      Attorneys for Individual Defendant
10                                                    Kent Roberts

11

12
13
*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Norman Blears has concurred in this filing.*

14

15  Dated:  January 17, 2007                          By:  _____/s/ Norman J. Blears_____
16                                                    Norman J. Blears
                                                      HELLER EHRMAN LLP
17                                                    275 Middlefield Road
                                                      Menlo Park, CA 94025-3506
18                                                    Telephone:  (650) 324-7000
                                                      Facsimile:  (650) 324-0638

19                                                    Attorneys for Individual Defendants
20                                                    Arthur Matin, Zachary Nelson, and Peter
                                                      Watkins

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSES TO AMENDED COMPLAINT;**                 -7-
MASTER FILE NO. 5:06-CV-03484-JF

3033755.1

1         *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file*
*this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I*
2    *hereby attest that John Hemann has concurred in this filing.*

3

4    Dated:  January 17, 2007                 By: _____/s/ John H. Hemann_____
                                              John H. Hemann
5                                               MORGAN, LEWIS & BOCKIUS LLP
                                              One Market
6                                               Spear Street Tower
                                              San Francisco, CA 94105
7                                               Telephone:  (415) 442-1000
                                              Facsimile:  (415) 442-1001
8

9                                               Attorneys for Individual Defendant
                                              Stephen Richards

10

11         *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file*
*this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I*
12    *hereby attest that Shawn Williams has concurred in this filing.*

13    Dated:  January 17, 2007                 By: _____/s/ Shawn A. Williams_____
                                              Shawn A. Williams
14                                               LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
15                                               100 Pine Street, Ste. 2600
                                              San Francisco, CA 94111
16                                               Telephone:  (415) 288-4545
                                              Facsimile:   (415) 288-4534
17

18                                               Travis E. Downs III
                                              Benny C.Goodman III
19                                               Thomas G. Wilhelm
                                               LERACH COUGHLIN STOIA GELLER
20                                                    RUDMAN & ROBBINS LLP
                                              655 West Broadway, Suite 1900
21                                               San Diego, CA 92101
                                              Telephone:  (619) 231-1058
22                                               Facsimile:   (619) 231-7423

23                                               SCHIFFRIN & BARROWAY, LLP
                                              Eric L. Zagar
24                                               Sean M. Handler
                                              Robin Winchester
25                                               James H. Miller
                                              280 King of Prussia Road
26                                               Radnor, PA  19087
                                              Telephone:  610/667-7706
27                                               610/667-7056 (fax)

                                              Co-Lead Counsel for Plaintiffs
28

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSES TO AMENDED COMPLAINT;       -8-
MASTER FILE NO. 5:06-CV-03484-JF                                            3033755.1

1          *          *          *

2                                    **ORDER**

3          PURSUANT TO STIPULATION,.  IT IS SO ORDERED.

4

5

6     DATED:  __ 1/19/07 _____          _____
                                               THE HONORABLE JEREMY FOGEL
7                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' RESPONSES TO AMENDED COMPLAINT;          -9-
MASTER FILE NO. 5:06-CV-03484-JF

3033755.1