**E-filed 1/30/07**

1 | BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
2 | NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
3 | RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
4 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
5 | 650 Page Mill Road
Palo Alto, CA 94304-1050
6 | Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100
7 |

8 | CLAYTON BASSER-WALL, State Bar No. 209100
Email: cbasserwall@wsgr.com
9 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
10 | 8911 Capital of Texas Highway North
Westech 360, Suite 3210
11 | Austin, TX 78759-8497
Telephone:   (512) 338-5407
12 | Facsimile:    (512) 338-5499

13 | Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
14 | Eric Brown, Robert Bucknam, Leslie Denend,
Robert Dutkowsky, Dale Fuller, Denis O'Leary,
15 | Robert Pangia, and Liane Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL MATTERS | Master File No.: 5:06-cv-03484-JF<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, the Initial Case Management Conference (the "Conference") is currently
2  scheduled for 10:30 a.m. on February 2, 2007;

3  WHEREAS, on January 22, 2007, nominal defendant McAfee, Inc. ("McAfee" or the
4  "Company") filed a motion to dismiss plaintiffs' First Amended Consolidated Complaint (the
5  "Complaint") on the ground that plaintiffs do not have standing to pursue this lawsuit on the
6  Company's behalf (the "McAfee Standing Motion");

7  WHEREAS, pursuant to the Court's Order dated January 22, 2007, defendants have no
8  obligation to move to dismiss or otherwise respond to the Complaint until after the Court's
9  resolution of the McAfee Standing Motion;

10  WHEREAS, the hearing on the McAfee Standing Motion is currently scheduled for 9:00
11  a.m. on April 20, 2007;

12  WHEREAS, on January 23, 2007, plaintiffs and McAfee, through their counsel, met to
13  discuss this lawsuit and its possible resolution and intend to continue those discussions; and

14  WHEREAS, in light of the current procedural posture of this matter, the parties believe it
15  would be premature to discuss discovery and other case management issues at this time and,
16  therefore, the interests of judicial economy are better served by postponing the Conference until
17  the date of the hearing on the McAfee Standing Motion, that is, April 20, 2007.

28  / / /

1  IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, that, subject to the Court's approval, the Initial Case Management Conference scheduled for 10:30 a.m. on February 2, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on April 20, 2007 or at another time convenient for the Court.

Dated: January 29, 2007

By: _____/s/ Clayton Basser-Wall_____
Boris Feldman
Nina F. Locker
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Clayton Basser-Wall
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759
Telephone:(512) 338-5407
Facsimile: (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, and Liane Wilson

I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.

Dated: January 29, 2007                          By:  _____/s/ R. James Slaughter_____
                                                 Elliot R. Peters
                                                 R. James Slaughter
                                                 KEKER & VAN NEST LLP
                                                 710 Sansome Street
                                                 San Francisco, CA 94111
                                                 Telephone: (415) 391-5400
                                                 Facsimile: (415) 397-7188

                                                 Attorneys for Individual Defendant
                                                 Geroge Samenuk

I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that N. Scott Fletcher has concurred in this filing.

Dated: January 29, 2007                          By:  _____/s/ N. Scott Fletcher_____
                                                 N. Scott Fletcher
                                                 Michael C. Holmes
                                                 VINSON & ELKINS LLP
                                                 1001 Fannin – Suite 2500
                                                 Houston, TX 77002-6760
                                                 Telephone: (713) 758-3234
                                                 Facsimile: (713) 615-5168

                                                 John Potter
                                                 QUINN EMANUEL URQUHART
                                                     OLIVER & HEDGES, LLP
                                                 50 California Street, #22
                                                 San Francisco, California 94111
                                                 Telephone: (415) 875-6600
                                                 Facsimile: (415) 875-6700

                                                 Attorneys for Individual Defendant
                                                 Kevin Weiss

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Goodman has concurred in this filing.*

Dated:  January 29, 2007                                   By:  _____/s/ William M. Goodman_____
                                                                                William M. Goodman
                                                                                Andrea P. DeShazo
                                                                                Raphael M. Goldman
                                                                                TOPEL & GOODMAN
                                                                                832 Sansome Street, 4th Floor
                                                                                San Francisco, CA  94111
                                                                                Telephone:  (415) 421-6140
                                                                                Facsimile:   (415) 398-5030

                                                                                Attorneys for Individual Defendant
                                                                                Evan Collins

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Joshua Reiten has concurred in this filing.*

Dated:  January 29, 2007                                   By:  _____/s/ Joshua A. Reiten_____
                                                                                Sarah A. Good
                                                                                Clara J. Shin
                                                                                Joshua A. Reiten
                                                                                HOWARD RICE NEMEROVSKI CANADY
                                                                                     FALK & RABKIN
                                                                                A Professional Corporation
                                                                                Three Embarcadero Center, Seventh Floor
                                                                                San Francisco, CA  94111
                                                                                Telephone:  (415) 434-1600
                                                                                Facsimile:   (415) 217-5910

                                                                                Attorneys for Individual Defendant
                                                                                Sylvia Garcia-Lechelt

1  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Heather McPhee has concurred in this filing.*

Dated:  January 29, 2007                          By:  _____/s/ Heather M. McPhee_____
                                                  DeMaurice F. Smith
                                                  Heather M. McPhee
                                                  PATTON BOGGS LLP
                                                  2550 M. St. NW
                                                  Washington, DC  20037
                                                  Telephone:  (202) 457-6000
                                                  Facsimile:  (202) 457-6315

                                                  Attorneys for Individual Defendant
                                                  Virginia Gemmell

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Mary Jo Johnson has concurred in this filing.*

Dated:  January 29, 2007                          By:  _____/s/ Mary Jo Johnson_____
                                                  Mary Jo Johnson
                                                  WILMER CUTLER PICKERING HALE &
                                                      DORR LLP
                                                  60 State Street
                                                  Boston, MA  02109
                                                  Telephone:  (617) 526-6750
                                                  Facsimile:  (617) 526-5000

                                                  Elizabeth I. Rogers
                                                  WILMER CUTLER PICKERING HALE &
                                                      DORR LLP
                                                  1117 S. California Avenue
                                                  Palo Alto, CA 94304
                                                  Telephone:  (650) 858-6042
                                                  Facsimile:  (650) 858-6100

                                                  Attorneys for Individual Defendant
                                                  Prabhat Goyal

1  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that John Stigi has concurred in this filing.*

|  |  |
|---|---|
| Dated:  January 29, 2007 | By: _____/s/ John P. Stigi III_____<br>John P. Stigi III<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA  90071<br>Telephone:  (213) 617-5589<br>Facsimile:   (213) 620-1398<br><br>Attorneys for Individual Defendant<br>Edwin Harper |

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Eugene Illovsky has concurred in this filing.*

|  |  |
|---|---|
| Dated:  January 29, 2007 | By: _____/s/ Eugene Illovsky_____<br>Eugene Illovsky<br>MORRISON & FOERSTER<br>101 Ygnacio Valley Road, Suite 450<br>Walnut Creek, CA  94596<br>Telephone:  (925) 295-3300<br>Facsimile:  (925) 946-9912<br><br>Darryl P. Rains<br>MORRISON & FOERSTER<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5600<br>Facsimile:   (650) 494-0792<br><br>Attorneys for Individual Defendant<br>William Larson |

1  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Mary Beth O'Connor has concurred in this filing.*

Dated:  January 29, 2007               By:  _____/s/ Mary Beth O'Connor_____
                                       William S. Freeman
                                       Mary Beth O'Connor
                                       Brandon J. Kimura
                                       COOLEY GODWARD KRONISH LLP
                                       Five Palo Alto Square
                                       3000 El Camino Real
                                       Palo Alto, CA  94306-2155
                                       Telephone:  (650) 843-5000
                                       Facsimile:   (650) 857-0663

                                       Attorneys for Individual Defendant
                                       Kent Roberts

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Norman Blears has concurred in this filing.*

Dated:  January 29, 2007               By:  _____/s/ Norman J. Blears_____
                                       Norman J. Blears
                                       HELLER EHRMAN LLP
                                       275 Middlefield Road
                                       Menlo Park, CA 94025-3506
                                       Telephone:  (650) 324-7000
                                       Facsimile:  (650) 324-0638

                                       Attorneys for Individual Defendants
                                       Arthur Matin, Zachary Nelson, and Peter
                                       Watkins

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.*

Dated: January 29, 2007

By: /s/ Shawn A. Williams
Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Travis E. Downs III
Benny C. Goodman III
Thomas G. Wilhelm
  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

SCHIFFRIN & BARROWAY, LLP
Eric L. Zagar
Sean M. Handler
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, the Initial Case Management Conference scheduled for 10:30 a.m. on February 2, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on April 20, 2007 or at another time convenient for the Court. IT IS SO ORDERED.

DATED: 1/30/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE