**E-filed 3/8/07**

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   BENNY C. GOODMAN III (211302)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  travisd@lerachlaw.com
   bgoodman@lerachlaw.com
6         – and –
   SHAWN A. WILLIAMS (213113)
7  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
8  100 Pine Street, Suite 2600
   San Francisco, CA  94111
9  Telephone:  415/288-4545
   415/288-4534 (fax)
10 swilliams@lerachlaw.com
   mwinkler@lerachlaw.com
11 abaig@lerachlaw.com

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

12 Co-Lead Counsel for Plaintiffs

13 [Additional counsel appear on signature page.]

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN JOSE DIVISION

17 In re MCAFEE, INC. DERIVATIVE  )  Master File No. 5:06-cv-03484-JF
   LITIGATION                     )
18                                )  STIPULATION AND [~~PROPOSED~~] ORDER
                                  )  CONTINUING THE FILING OF
19 This Document Relates To:      )  PLAINTIFFS' OPPOSITION TO McAFEE'S
                                  )  MOTION TO DISMISS AND THE
20    ALL ACTIONS.                )  HEARING ON McAFEE'S MOTION TO
                                  )  DISMISS

1    WHEREAS, on January 22, 2007, nominal defendant McAfee, Inc. ("McAfee" or the "Company") filed a motion to dismiss (the "Motion") plaintiffs' First Amended Consolidated Complaint (the "Complaint");

4    WHEREAS, plaintiffs' opposition to McAfee's motion to dismiss plaintiffs' Complaint is currently due on March 8, 2007;

6    WHEREAS, the hearing on McAfee's motion to dismiss plaintiffs' Complaint and the Initial Case Management Conference, are currently scheduled for April 20, 2007;

8    WHEREAS, on January 23, 2007, plaintiffs and McAfee, through their counsel, met to discuss this lawsuit and its possible resolution and intend to continue those discussions; and

10   WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the filing of plaintiffs' opposition to McAfee's motion to dismiss until April 18, 2007, and postponing the hearing on the McAfee motion until May 18, 2007;

13   IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to the Court's approval, plaintiffs shall file their opposition to McAfee's motion to dismiss no later than April 18, 2007.  McAfee shall file its reply no later than May 4, 2007.  The hearing on McAfee's motion to dismiss currently scheduled for April 20, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on May 18, 2007 or at another date convenient for the Court.

DATED: March 6, 2007                           LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                               SHAWN A. WILLIAMS
                                               MONIQUE C. WINKLER
                                               AELISH M. BAIG


                                                         /s/
                                               SHAWN A. WILLIAMS

                                               100 Pine Street, Suite 2600
                                               San Francisco, CA  94111
                                               Telephone:  415/288-4545
                                               415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING THE FILING OF
PLAINTIFFS' OPPOSITION TO McAFEE'S MOTION TO DISMISS - 5:06-cv-03484-JF    - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 7 | THOMAS G. WILHELM |
|   | 9601 Wilshire Blvd., Suite 510 |
| 8 | Los Angeles, CA  90210 |
|   | Telephone:  310/859-3100 |
| 9 | 310/278-2148 (fax) |
| 10 | Co-Lead Counsel for Plaintiffs |

| | | |
|---|---|---|
| 11 | DATED:  March 6, 2007 | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER, LLP |
| 12 | | ERIC L. ZAGAR<br>ROBIN WINCHESTER |
| 13 | | |
| 14 | | |
| 15 | | /s/<br>ROBIN WINCHESTER |
| 16 | | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 17 | | Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 18 | | |
| 19 | | Co-Lead Counsel for Plaintiffs |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Filing of Plaintiffs' Opposition to McAfee's Motion to Dismiss and the Hearing on McAfee's Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Robin Winchester has concurred in this filing.

| | | |
|---|---|---|
| | DATED:  March 6, 2007 | WILSON SONSINI GOODRICH &<br>  ROSATI, P.C. |
| | | BORIS FELDMAN<br>NINA F. LOCKER<br>RODNEY G. STRICKLAND |
| | | |
| | | |
| | | RODNEY G. STRICKLAND |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE FILING OF
PLAINTIFFS' OPPOSITION TO McAFEE'S MOTION TO DISMISS - 5:06-cv-03484-JF     - 2 -

|   |   |
|---|---|
| 1 |   |
| 2 | 650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300 |
| 3 | 650/493-6811 (fax) |
| 4 | WILSON SONSINI GOODRICH &<br>  ROSATI, P.C. |
| 5 | CLAYTON BASSER-WALL<br>8911 Capital of Texas Highway North |
| 6 | Westech 360, Suite 3350<br>Austin, TX  78759-8497 |
| 7 | Telephone:  512/338-5400<br>512/338-5499 (fax) |

Counsel for Nominal Defendant McAfee, Inc.
and Individual Defendants Robert Bucknam,
Leslie Denend, Robert Dutkowsky, Dale Fuller,
Denis O'Leary, Robert Pangia, Geroge Samenuk,
Liane Wilson, Eric Brown, and Kevin Weiss

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Filing of Plaintiffs' Opposition to McAfee's Motion to Dismiss and the Hearing on McAfee's Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

*   *   *

**ORDER**

PURSUANT TO STIPULATION, plaintiffs shall file their opposition to McAfee's motion to dismiss no later than April 18, 2007.  McAfee shall file its reply no later than April 20, 2007.  The hearing on McAfee's motion to dismiss and the Initial Case Management Conference scheduled for May 4, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on May 18, 2007 or at another time convenient for the Court.

IT IS SO ORDERED.

DATED:  3/8/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\McAfee Derivative\STP00039654.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com efiling@kvn.com;apicar@kvn.com;alm@kvn.com
- **Clay Basser-Wall**
  cbasserwall@wsgr.com
- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com
- **N Scott Fletcher**
  sfletcher@velaw.com eklager@velaw.com
- **William S. Freeman**
  freemanws@cooley.com galancr@cooley.com
- **Sarah A. Good**
  sgood@howardrice.com bhastings@howardrice.com
- **William M. Goodman**
  wmg@topelgoodman.com
- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM
- **Brandon Kimura**
  bkimura@cooley.com tcarney@cooley.com
- **Elliot R. Peters**
  epeters@kvn.com efiling@kvn.com;aap@kvn.com
- **John M. Potter**
  johnpotter@quinnemanuel.com
  rachelmullinax@quinnemanuel.com;matthewgardner@quinnemanuel.com
- **Joshua A. Reiten**
  jreiten@howardrice.com aaustin@howardrice.com
- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM
- **Clara Shin**
  cshin@hrice.com ccamp@howardrice.com
- **Robert James Slaughter**
  rslaughter@kvn.com efiling@kvn.com;mls@kvn.com;kjb@kvn.com
- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com
- **John P. Stigi, III**
  jstigi@sheppardmullin.com mvanterpool@sheppardmullin.com
- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.com;travisd@lerachlaw.com;cwood@lerachlaw.com
- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```