**E-filed 4/17/07**

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
   – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
abaig@lerachlaw.com

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
shandler@sbtklaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION | Master File No. 5:06-cv-03484-JF |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE BRIEFING ON MCAFEE'S MOTION TO DISMISS, THE HEARING ON MCAFEE'S MOTION TO DISMISS, AND THE INITIAL CASE MANAGEMENT CONFERENCE |

1  WHEREAS, on January 22, 2007, nominal defendant McAfee, Inc. ("McAfee" or the
2  "Company") filed a motion to dismiss (the "Motion") plaintiffs' First Amended Consolidated
3  Complaint (the "Complaint");
4  WHEREAS, plaintiffs' opposition to McAfee's motion to dismiss plaintiffs' Complaint is
5  currently due on April 18, 2007;
6  WHEREAS, the hearing on McAfee's motion to dismiss plaintiffs' Complaint and the Initial
7  Case Management Conference are currently scheduled for June 1, 2007;
8  WHEREAS, on January 23, 2007, plaintiffs and McAfee, through their counsel, met to
9  discuss this lawsuit and its possible resolution;
10 WHEREAS, on March 8, 2007, in light of the parties' representations of continued
11 discussions regarding possible resolution of the case, the Court issued an Order continuing the date
12 for filing of plaintiffs' opposition to McAfee's Motion and the hearing on McAfee's Motion;
13 WHEREAS, on March 26, 2007, plaintiffs and McAfee, through their counsel, again met to
14 discuss this lawsuit and its possible resolution and intend to continue those discussions; and
15 WHEREAS, the parties believe that the interests of judicial economy are better served by
16 postponing the filing of plaintiffs' opposition to McAfee's motion to dismiss until June 1, 2007, and
17 postponing the hearing on the McAfee motion to dismiss and the Initial Case Management
18 Conference until July 20, 2007.
19 IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and McAfee, through their
20 respective counsel of record that, subject to the Court's approval, plaintiffs shall file their opposition
21 to McAfee's motion to dismiss no later than June 1, 2007. McAfee shall file its reply no later than
22 June 18, 2007. The hearing on McAfee's motion to dismiss currently scheduled for May 18, 2007
23 shall be taken off calendar and rescheduled for 10:30 a.m. on July 20, 2007 or at another date
24 convenient for the Court.
25 IT IS SO STIPULATED.
26
27
28

| | | |
|---|---|---|
| 1 | DATED: April 13, 2007 | Respectfully submitted, |
| 2 | | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | SHAWN A. WILLIAMS AELISH M. BAIG |

/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER

/s/
ERIC L. ZAGAR

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

STIP & [PROP] ORDER CONTINUING THE FILING OF PLTFS' OPP TO MCAFEE'S MOT TO
DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF         - 2 -

| | |
|---|---|
| 1 | compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar has concurred in this |
| 2 | filing. |
| 3 | DATED: April 13, 2007          WILSON SONSINI GOODRICH & |

DATED: April 13, 2007

WILSON SONSINI GOODRICH & ROSATI, P.C.
BORIS FELDMAN
NINA F. LOCKER
RODNEY G. STRICKLAND

                               /s/
_____
RODNEY G. STRICKLAND

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

WILSON SONSINI GOODRICH & ROSATI, P.C.
CLAYTON BASSER-WALL
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
Telephone: 512/338-5400
512/338-5499 (fax)

Counsel for Nominal Defendant McAfee, Inc. and Individual Defendants Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Liane Wilson, and Eric Brown

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

*   *   *

### ORDER

    PURSUANT TO STIPULATION, plaintiffs shall file their opposition to McAfee's motion to dismiss no later than June 1, 2007. McAfee shall file its reply no later than June 18, 2007. The hearing on McAfee's motion to dismiss and the Initial Case Management Conference scheduled for

STIP & [PROP] ORDER CONTINUING THE FILING OF PLTFS' OPP TO MCAFEE'S MOT TO DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF      - 3 -

1 | May 18, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on July 20, 2007 or at
2 | another time convenient for the Court.
3 |                                                   \*   \*   \*
4 |        IT IS SO ORDERED.
5 | DATED:   4/17/07
6 | T:\CasesSF\McAfee Derivative\stp00040972.doc

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
_____
SHAWN A. WILLIAMS

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com efiling@kvn.com;apicar@kvn.com;alm@kvn.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **N Scott Fletcher**
  sfletcher@velaw.com eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com galancr@cooley.com

- **Sarah A. Good**
  sgood@howardrice.com bhastings@howardrice.com

- **William M. Goodman**
  wmg@topelgoodman.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com tcarney@cooley.com

- **Elliot R. Peters**
  epeters@kvn.com efiling@kvn.com;aap@kvn.com;mak@kvn.com;alm@kvn.com

- **John M. Potter**
  johnpotter@quinnemanuel.com
  rachelmullinax@quinnemanuel.com;matthewgardner@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com aaustin@howardrice.com

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Clara Shin**
  cshin@hrice.com ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com efiling@kvn.com;mls@kvn.com;kjb@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi, III**
  jstigi@sheppardmullin.com mvanterpool@sheppardmullin.com

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```