**E-filed 6/4/07**

1   LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2   TRAVIS E. DOWNS III (148274)
     BENNY C. GOODMAN III (211302)
3   655 West Broadway, Suite 1900
     San Diego, CA 92101
4   Telephone: 619/231-1058
     619/231-7423 (fax)
5   travisd@lerachlaw.com
     bgoodman@lerachlaw.com
6            –and–
     SHAWN A. WILLIAMS (213113)          SCHIFFRIN BARROWAY TOPAZ
7   AELISH M. BAIG (201279)                 & KESSLER LLP
     100 Pine Street, Suite 2600           ERIC L. ZAGAR
8   San Francisco, CA 94111                ROBIN WINCHESTER
     Telephone: 415/288-4545               280 King of Prussia Road
9   415/288-4534 (fax)                     Radnor, PA 19087
     swilliams@lerachlaw.com               Telephone: 610/667-7706
10  abaig@lerachlaw.com                    610/667-7056 (fax)
                                            ezagar@sbtklaw.com
11                                          shandler@sbtklaw.com

12  Co-Lead Counsel for Plaintiffs

13  [Additional counsel appear on signature page.]

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17  In re MCAFEE, INC. DERIVATIVE        )   Master File No. 5:06-cv-03484-JF
     LITIGATION                          )
18  _____     )   STIPULATION AND [PROPOSED] ORDER
                                         )   FURTHER CONTINUING THE BRIEFING
19  This Document Relates To:            )   ON MCAFEES MOTION TO DISMISS, THE
                                         )   HEARING ON MCAFEES MOTION TO
20       ALL ACTIONS.                    )   DISMISS, AND THE INITIAL CASE
     _____    )   MANAGEMENT CONFERENCE
21

22

23

24

25

26

27

28

1    WHEREAS, on January 22, 2007, nominal defendant McAfee, Inc. ("McAfee" or the

2   "Company") filed a motion to dismiss (the "Motion") plaintiffs' First Amended Consolidated Complaint

3   (the "Complaint");

4    WHEREAS, plaintiffs' opposition to McAfee's motion to dismiss plaintiffs' Complaint is

5   currently due on June 1, 2007;

6    WHEREAS, the hearing on McAfee's motion to dismiss plaintiffs' Complaint and the Initial

7   Case Management Conference are currently scheduled for July 20, 2007;

8    WHEREAS, on January 23, 2007, plaintiffs and McAfee, through their counsel, met to

9   discuss this lawsuit and its possible resolution;

10    WHEREAS, on March 8, 2007, in light of the parties' representations of continued

11   discussions regarding possible resolution of the case, the Court issued an Order continuing the date

12   for filing of plaintiffs' opposition to McAfee's Motion and the hearing on McAfee's Motion;

13    WHEREAS, on March 26, 2007, plaintiffs and McAfee, through their counsel, again met to

14   discuss this lawsuit and its possible resolution and intend to continue those discussions;

15    WHEREAS, during April and May 2007, the parties, through their counsel, continued to

16   discuss avenues of possible resolution and such discussions remain on-going; and

17    WHEREAS, the parties believe that the interests of judicial economy are better served by

18   postponing the filing of plaintiffs' opposition to McAfee's motion to dismiss until July 2, 2007, and

19   postponing the hearing on the McAfee motion to dismiss and the Initial Case Management

20   Conference until August 24, 2007.

21    IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and McAfee, through their

22   respective counsel of record that, subject to the Court's approval, plaintiffs shall file their opposition

23   to McAfee's motion to dismiss no later than July 2, 2007.  McAfee shall file its reply no later than

24   July 20, 2007.  The hearing on McAfee's motion to dismiss currently scheduled for July 20, 2007

25   shall be taken off calendar and rescheduled for 10:30 a.m. on August 24, 2007 or at another date

26   convenient for the Court.

27

28

1    IT IS SO STIPULATED.

2    DATED:  June 1, 2007                          Respectfully submitted,

3                                                  LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
4                                                  SHAWN A. WILLIAMS
                                                   AELISH M. BAIG
5

6                                                  _____
                                                            /s/
7                                                        SHAWN A. WILLIAMS

8                                                  100 Pine Street, Suite 2600
                                                   San Francisco, CA  94111
9                                                  Telephone:  415/288-4545
                                                   415/288-4534 (fax)
10
                                                   LERACH COUGHLIN STOIA GELLER
11                                                     RUDMAN & ROBBINS LLP
                                                   TRAVIS E. DOWNS III
12                                                 BENNY C. GOODMAN III
                                                   655 West Broadway, Suite 1900
13                                                 San Diego, CA  92101
                                                   Telephone:  619/231-1058
14                                                 619/231-7423 (fax)

15                                                 LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
16                                                 THOMAS G. WILHELM
                                                   9601 Wilshire Blvd., Suite 510
17                                                 Los Angeles, CA  90210
                                                   Telephone:  310/859-3100
18                                                 310/278-2148 (fax)

19                                                 SCHIFFRIN BARROWAY TOPAZ
                                                      & KESSLER LLP
20                                                 ERIC L. ZAGAR
                                                   ROBIN WINCHESTER
21

22                                                 _____
                                                            /s/
23                                                        ERIC L. ZAGAR

24                                                 280 King of Prussia Road
                                                   Radnor, PA  19087
25                                                 Telephone:  610/667-7706
                                                   610/667-7056 (fax)
26
                                                   Co-Lead Counsel for Plaintiffs
27
            I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this
28
     Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

1    Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.   In

2    compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar has concurred in this

3    filing.

4    DATED:  June 1, 2007                          WILSON SONSINI GOODRICH &
                                                        ROSATI, P.C.
5                                                   BORIS FELDMAN
                                                    NINA F. LOCKER
6                                                   RODNEY G. STRICKLAND

7

8                                              _____
                                                             /s/
                                                    BORIS FELDMAN
9
                                                    650 Page Mill Road
10                                                  Palo Alto, CA  94304-1050
                                                    Telephone:  650/493-9300
11                                                  650/493-6811 (fax)

12                                                  WILSON SONSINI GOODRICH &
                                                        ROSATI, P.C.
13                                                  CLAYTON BASSER-WALL
                                                    8911 Capital of Texas Highway North
14                                                  Westech 360, Suite 3350
                                                    Austin, TX  78759-8497
15                                                  Telephone:  512/338-5400
                                                    512/338-5499 (fax)
16
                                                    Counsel for Nominal Defendant McAfee, Inc.
17                                                  and Individual Defendants Robert Bucknam,
                                                    Leslie Denend, Robert Dutkowsky, Dale Fuller,
18                                                  Denis O'Leary, Robert Pangia, Liane Wilson, and
                                                    Eric Brown
19
            I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this
20
     Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the
21
     Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.   In
22
     compliance with General Order 45, X.B., I hereby attest that Boris Feldman has concurred in this
23
     filing.
24
                                         *        *        *
25
                                            **ORDER**
26
            PURSUANT TO STIPULATION, plaintiffs shall file their opposition to McAfee's motion to
27
     dismiss no later than July 2, 2007.  McAfee shall file its reply no later than July 20, 2007.  The
28

STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO
DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF          - 3 -

1  hearing on McAfee's motion to dismiss and the Initial Case Management Conference scheduled for

2  July 20, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on ~~August 24, 2007~~ or at

   August 31, 2007 at 9:00

3  ~~another time convenient for the Court~~.

4                                    *        *        *

5          IT IS SO ORDERED.

6  DATED: _____6/4/07_____        _____

7                                             THE HONORABLE JEREMY FOGEL
                                              UNITED STATES DISTRICT JUDGE

   T:\CasesSF\McAfee Derivative\STP00042454.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

     I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the

3

Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4

denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5

foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6

indicated on the attached Manual Notice List.

7

                                   /s/
                         SHAWN A. WILLIAMS

8

9

              Lerach Coughlin Stoia Geller Rudman &
              Robbins LLP

10

              100 Pine Street, 26th Floor
              San Francisco, CA  94111

11

              Telephone:  415/288-4545
              415/288-4534 (fax)

12

              E-mail: shawnw@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com efiling@kvn.com;apicar@kvn.com;alm@kvn.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **N Scott Fletcher**
  sfletcher@velaw.com eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com galancr@cooley.com

- **Sarah A. Good**
  sgood@howardrice.com bhastings@howardrice.com

- **William M. Goodman**
  wmg@topelgoodman.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com tcarney@cooley.com

- **Elliot R. Peters**
  epeters@kvn.com efiling@kvn.com;aap@kvn.com;mak@kvn.com;alm@kvn.com

- **John M. Potter**
  johnpotter@quinnemanuel.com
  rachelmullinax@quinnemanuel.com;matthewgardner@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com aaustin@howardrice.com

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Clara Shin**
  cshin@hrice.com ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com efiling@kvn.com;mls@kvn.com;kjb@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi, III**
  jstigi@sheppardmullin.com mvanterpool@sheppardmullin.com

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Eric L. Zagar**
  ezagar@sbtklaw.com
  rwinchester@sbtklaw.com;der_filings@sbtklaw.com;kpopovich@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```