| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III (148274)<br>BENNY C. GOODMAN III (211302)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@lerachlaw.com<br>bgoodman@lerachlaw.com<br>     – and –<br>SHAWN A. WILLIAMS (213113)<br>AELISH M. BAIG (201279)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>swilliams@lerachlaw.com<br>abaig@lerachlaw.com | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP<br>ERIC L. ZAGAR<br>SEAN M. HANDLER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax)<br>ezagar@sbtklaw.com<br>shandler@sbtklaw.com |

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. 5:06-cv-03484-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FURTHER CONTINUING THE BRIEFING ON MCAFEE'S MOTION TO DISMISS, AND THE INITIAL CASE MANAGEMENT CONFERENCE |

1  WHEREAS, on January 22, 2007, nominal defendant McAfee, Inc. ("McAfee" or the
2  "Company") filed a motion to dismiss (the "Motion") plaintiffs' First Amended Consolidated
3  Verified Shareholder Derivative Complaint (the "Complaint");

4  WHEREAS, plaintiffs' opposition to McAfee's motion to dismiss plaintiffs' Complaint is
5  currently due on July 2, 2007;

6  WHEREAS, the hearing on McAfee's motion to dismiss plaintiffs' Complaint and the Initial
7  Case Management Conference are currently scheduled for August 31, 2007;

8  WHEREAS, on January 23, 2007, plaintiffs and McAfee, through their counsel, met to
9  discuss this lawsuit and its possible resolution;

10  WHEREAS, on March 8, 2007, and again on June 4, 2007, in light of the parties'
11  representations of continued discussions regarding possible resolution of the case, the Court issued
12  Orders continuing the date for filing of plaintiffs' opposition to McAfee's Motion and the hearing on
13  McAfee's Motion;

14  WHEREAS, the parties, through their counsel, continue to discuss avenues of possible
15  resolution and such discussions remain active and on-going; and

16  WHEREAS, the parties believe that the interests of judicial economy are better served by
17  postponing the filing of plaintiffs' opposition to McAfee's Motion until August 13, 2007, and
18  postponing the hearing on the McAfee Motion and the Initial Case Management Conference until
19  September 28, 2007;

20  IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and McAfee, through their
21  respective counsel of record that, subject to the Court's approval, plaintiffs shall file their opposition
22  to McAfee's Motion no later than August 13, 2007.  McAfee shall file its reply no later than August
23  31, 2007.  The hearing on McAfee's Motion currently scheduled for August 31, 2007 shall be taken
24  off calendar and rescheduled for 10:30 a.m. on September 28, 2007 or at another date convenient for
25  the Court.

26
27
28

| | | |
|---|---|---|
| 1 | DATED: July 2, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | SHAWN A. WILLIAMS |
| | | AELISH M. BAIG |

<pre>
                                                    /s/
                                            SHAWN A. WILLIAMS

                                    100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)

                                    LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    TRAVIS E. DOWNS III
                                    BENNY C. GOODMAN III
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    THOMAS G. WILHELM
                                    9601 Wilshire Blvd., Suite 510
                                    Los Angeles, CA  90210
                                    Telephone:  310/859-3100
                                    310/278-2148 (fax)


DATED:  July 2, 2007               SCHIFFRIN BARROWAY TOPAZ
                                      & KESSLER LLP
                                   ERIC L. ZAGAR
                                   SEAN M. HANDLER


                                                    /s/
                                            ERIC L. ZAGAR
                                   280 King of Prussia Road
                                   Radnor, PA  19087
                                   Telephone:  610/667-7706
                                   610/667-7056 (fax)


                                   Co-Lead Counsel for Plaintiffs
</pre>

STIP AND [PROPOSED] ORDER FURTHER CONTINUING THE BRIEFING ON MCAFEE'S
MOTION TO DISMISS, & THE INITIAL CASE MANAGEMENT CONFERENCE - 5:06-cv-03484-JF — - 2 -

| | | |
|---|---|---|
| 1 | DATED: July 2, 2007 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | BORIS FELDMAN |
| | | NINA F. LOCKER |
| 3 | | RODNEY G. STRICKLAND |

                                                               /s/
                                                    RODNEY G. STRICKLAND

                                          650 Page Mill Road
                                          Palo Alto, CA  94304-1050
                                          Telephone:  650/493-9300
                                          650/493-6811 (fax)

                                          WILSON SONSINI GOODRICH &
                                             ROSATI, P.C.
                                          CLAYTON BASSER-WALL
                                          8911 Capital of Texas Highway North
                                          Westech 360, Suite 3350
                                          Austin, TX  78759-8497
                                          Telephone:  512/338-5400
                                          512/338-5499 (fax)

                                          Counsel for Nominal Defendant McAfee, Inc.
                                          and Individual Defendants Robert Bucknam,
                                          Leslie Denend, Robert Dutkowsky, Dale Fuller,
                                          Denis O'Leary, Robert Pangia, Liane Wilson,
                                          and Eric Brown

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Further Continuing the Briefing On Mcafee's Motion to Dismiss, and the Initial Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar and Rodney G. Strickland have concurred in this filing.

                                                               /s/
                                                    SHAWN A. WILLIAMS


                                      *     *     *

### ORDER

PURSUANT TO STIPULATION, plaintiffs shall file their opposition to McAfee's motion to dismiss no later than August 13, 2007.  McAfee shall file its reply no later than August 31, 2007.  The hearing on McAfee's motion to dismiss and the Initial Case Management Conference scheduled

1  for August 31, 2007 shall be taken off calendar and rescheduled for ~~10:30~~ 9:00 AM a.m. on September 28,

2  2007 or at another time convenient for the Court.

3      IT IS SO ORDERED.

4  DATED: ___7/5/07_____  _____

5                                                THE HONORABLE JEREMY FOGEL
                                              UNITED STATES DISTRICT JUDGE

10  T:\CasesSF\McAfee Derivative\STP00043250.doc

STIP AND [PROPOSED] ORDER FURTHER CONTINUING THE BRIEFING ON MCAFEE'S
MOTION TO DISMISS, & THE INITIAL CASE MANAGEMENT CONFERENCE - 5:06-cv-03484-JF   - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@lerachlaw.com

T:\CasesSF\McAfee Derivative\STP00043250.doc

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **N Scott Fletcher**
  sfletcher@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com,mak@kvn.com,alm@kvn.com

- **John Mark Potter**
  rachelmullinax@quinnemanuel.com,matthewgardner@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**

    CAND.USCOURTS@CLASSCOUNSEL.COM

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,kjb@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Gregory L. Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwincheste

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```

**Sandra G. Smith**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087