LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
abaig@lerachlaw.com

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

\*\*E-filed 8/29/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Master File No. 5:06-cv-03484-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FURTHER CONTINUING THE BRIEFING ON MCAFEE'S MOTION TO DISMISS, THE HEARING ON MCAFEE'S MOTION TO DISMISS, AND THE INITIAL CASE MANAGEMENT CONFERENCE |

1  WHEREAS, on January 22, 2007, nominal defendant McAfee, Inc. ("McAfee" or the "Company") filed a motion to dismiss (the "Motion") plaintiffs' First Amended Consolidated Complaint (the "Complaint");

4  WHEREAS, plaintiffs' opposition to McAfee's motion to dismiss plaintiffs' Complaint is currently due on August 13, 2007;

6  WHEREAS, the hearing on McAfee's motion to dismiss plaintiffs' Complaint and the Initial Case Management Conference are currently scheduled for September 28, 2007;

8  WHEREAS, on January 23, 2007, plaintiffs and McAfee, through their counsel, met to discuss this lawsuit and its possible resolution;

10  WHEREAS, on March 26, 2007, plaintiffs and McAfee, through their counsel, again met to discuss this lawsuit and its possible resolution and intend to continue those discussions;

12  WHEREAS, since April 2007, the parties, through their counsel, have continued to discuss avenues of possible resolution and such discussions remain on-going; and

14  WHEREAS, the parties believe that the interests of judicial economy are better served by entering into a new schedule in order to allow the parties to continue to discuss a possible resolution of the matter while setting a schedule to allow plaintiffs to file an amended complaint and set a briefing schedule should McAfee file a motion to dismiss.

18  IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and McAfee, through their respective counsel of record that, subject to the Court's approval, plaintiffs shall file their amended complaint no later than September 27, 2007; should McAfee file a motion to dismiss, it shall be filed no later than October 29, 2007; plaintiffs' opposition to McAfee's motion to dismiss shall be filed no later than November 28, 2007; and McAfee shall file its reply no later than December 28, 2007. The hearing on McAfee's motion to dismiss and CMC currently scheduled for September 28, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on January 11, 2008 or at another date convenient for the Court.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: August 13, 2007  Respectfully submitted, |
| 3 | SCHIFFRIN BARROWAY TOPAZ |
| 4 | & KESSLER LLP<br>ERIC L. ZAGAR |
| 5 | ROBIN WINCHESTER |
| 6 | |
| 7 | /s/<br>ERIC L. ZAGAR |
| 8 | |
| 9 | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 10 | Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 11 | |
| 12 | LERACH COUGHLIN STOIA GELLER |
| 13 | RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS |
| 14 | AELISH M. BAIG |
| 15 | /s/<br>SHAWN A. WILLIAMS |
| 16 | 100 Pine Street, Suite 2600 |
| 17 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 18 | 415/288-4534 (fax) |
| 19 | LERACH COUGHLIN STOIA GELLER |
| 20 | RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 21 | BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900 |
| 22 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 23 | 619/231-7423 (fax) |
| 24 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 25 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 26 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 27 | 310/278-2148 (fax) |
| 28 | Co-Lead Counsel for Plaintiffs |

STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF   - 2 -

1  I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

DATED:  August 13, 2007

WILSON SONSINI GOODRICH &
   ROSATI, P.C.
BORIS FELDMAN
NINA F. LOCKER
RODNEY G. STRICKLAND


                                /s/
BORIS FELDMAN

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

WILSON SONSINI GOODRICH &
   ROSATI, P.C.
CLAYTON BASSER-WALL
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX  78759-8497
Telephone:  512/338-5400
512/338-5499 (fax)

Counsel for Nominal Defendant McAfee, Inc. and Individual Defendants Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Liane Wilson, and Eric Brown

I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Boris Feldman has concurred in this filing.

STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF      - 3 -

* * *

## ORDER

PURSUANT TO STIPULATION, plaintiffs shall file their amended complaint no later than September 27, 2007; should McAfee file a motion to dismiss, it shall be filed no later than October 29, 2007; plaintiffs' opposition to McAfee's motion to dismiss shall be filed no later than November 28, 2007; and McAfee shall file its reply no later than December 28, 2007. The hearing on McAfee's motion to dismiss and CMC currently scheduled for September 28, 2007 shall be taken off calendar and rescheduled for 10:30 a.m. on January 11, 2008 or at another date convenient for the Court.

* * *

IT IS SO ORDERED.

DATED: 8/27/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                        /s/
                                 ERIC L. ZAGAR

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

ezagar@sbtklaw.com