**E-filed 9/21/07**

BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

CLAYTON BASSER-WALL, State Bar No. 209100
Email: cbasserwall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone: (512) 338-5407
Facsimile: (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend,
Robert Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, and Liane Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL MATTERS | Master File No. 5:06-cv-03484-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND SETTING SCHEDULE ON DEFENDANTS' RESPONSES TO PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |

I.      **CONSOLIDATION OF THE NEWLY FILED *WEBB* ACTION**

WHEREAS, on August 2, 2007, a new shareholder derivative action (*Webb v. Samenuk, et al.*, No. 5:07-cv-04048-PVT) (the "*Webb* Action") was filed by one of the law firms that represents plaintiffs in this action; and

WHEREAS, on August 10, 2007, Mr. Webb filed a Notice of Related Case in which he informed the Court that his lawsuit arises out of the same transactions and occurrences and involves the same or substantially similar issues of law and facts as alleged in this consolidated action and requested that the Court consolidate the *Webb* Action with this action pursuant the this Court's July 12, 2006 Order consolidating two related shareholder derivative actions, which provides that "[a]ny other actions now pending or later filed in this Court which arise out of or are related to the facts alleged in [this action] shall be consolidated for all purposes, if and when they are brought to the Court's attention";

IT IS THEREFORE STIPULATED AND AGREED that the *Webb* Action is consolidated with this action, and the individual defendants and McAfee shall have no obligation to answer or otherwise respond to the complaint in the *Webb* Action.

II.     **RESPONSES TO THE AMENDED CONSOLIDATED COMPLAINT**

WHEREAS, pursuant to the Court's Order dated August 27, 2007, plaintiffs will file an amended consolidated complaint by September 27, 2007 (the "Amended Consolidated Complaint") and McAfee will file a motion to dismiss the Amended Consolidated Complaint by October 29, 2007;

WHEREAS, McAfee intends to move to dismiss the Amended Consolidated Complaint on the ground that plaintiffs do not have standing to pursue this action on McAfee's behalf (the "McAfee Standing Motion");

WHEREAS, the twenty-three individual defendants and McAfee, which are presently represented by thirteen (13) separate law firms, intend to move to dismiss the Amended Consolidated Complaint on the grounds that the Amended Consolidated Complaint fails to state claims against each of them or otherwise is subject to dismissal even if plaintiffs have standing to assert their claims (the "Individuals' Separate Motions");

1  WHEREAS, as this Court recognized in its Order dated January 19, 2007, the significant burden and expense of preparing and opposing the Individuals' Separate Motions, and the Court's consideration of each of them, would be unnecessary if the McAfee Standing Motion is granted; and the resources of the parties and the Court are best conserved, and the interests of judicial economy are best served, by deferring the filing of the Individuals' Separate Motions until the threshold issue of plaintiffs' standing to file and maintain a lawsuit on behalf of McAfee is resolved by the Court; and

WHEREAS, the parties wish to defer the briefing of the Individuals' Separate Motions until the threshold issue of plaintiffs' standing to file and maintain a lawsuit on behalf of McAfee is resolved by the Court, pursuant to the briefing structure that this Court previously approved in its Order dated January 19, 2007, regarding the Consolidated Complaint.

IT IS THEREFORE STIPULATED AND AGREED that McAfee shall file the McAfee Standing Motion by October 29, 2007; plaintiffs shall file their opposition no later than November 28, 2007; and McAfee shall file its reply no later than December 28, 2007. With the exception of the McAfee Standing Motion, the individual defendants and McAfee shall have no obligation to move to dismiss or otherwise respond to the Amended Consolidated Complaint until the Standing Motion is resolved. Following the Court's resolution of the McAfee Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Amended Consolidated Complaint.

Dated: September 18, 2007

By: _____/s/ Clayton Basser-Wall_____
Boris Feldman
Nina F. Locker
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

Clayton Basser-Wall
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210

| | |
|---|---|
| | Austin, TX 78759 |
| | Telephone:(512) 338-5407 |
| | Facsimile: (512) 338-5499 |
| | |
| | Attorneys for Nominal Defendant |
| | McAfee, Inc. and Individual Defendants |
| | Eric Brown, Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, and Liane Wilson |

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.*

| | |
|---|---|
| Dated:  September 18, 2007 | By: _____ /s/ R. James Slaughter_____ |
| | Elliot R. Peters |
| | R. James Slaughter |
| | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 391-5400 |
| | Facsimile:   (415) 397-7188 |
| | |
| | Attorneys for Individual Defendant |
| | Geroge Samenuk |

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that N. Scott Fletcher has concurred in this filing.*

| | |
|---|---|
| Dated:  September 18, 2007 | By: _____ /s/ N. Scott Fletcher_____ |
| | N. Scott Fletcher |
| | Michael C. Holmes |
| | VINSON & ELKINS LLP |
| | 1001 Fannin – Suite 2500 |
| | Houston, TX  77002-6760 |
| | Telephone:  (713) 758-3234 |
| | Facsimile:   (713) 615-5168 |
| | |
| | John Potter |
| | QUINN EMANUEL URQUHART |
| |    OLIVER & HEDGES, LLP |
| | 50 California Street, #22 |
| | San Francisco, California  94111 |
| | Telephone:  (415) 875-6600 |
| | Facsimile:   (415) 875-6700 |
| | |
| | Attorneys for Individual Defendant |
| | Kevin Weiss |

1  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Goodman has concurred in this filing.*

2

3

4  Dated:  September 18, 2007               By:         /s/ William M. Goodman
                                                William M. Goodman
                                                Andrea P. DeShazo
5                                               Raphael M. Goldman
                                                TOPEL & GOODMAN
6                                               832 Sansome Street, 4th Floor
                                                San Francisco, CA  94111
7                                               Telephone:  (415) 421-6140
                                                Facsimile:   (415) 398-5030
8
                                                Attorneys for Individual Defendant
9                                               Evan Collins

10

11

12

13

14

15  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Joshua Reiten has concurred in this filing.*

16

17

18  Dated:  September 18, 2007               By:         /s/ Joshua A. Reiten
                                                Sarah A. Good
                                                Clara J. Shin
19                                              Joshua A. Reiten
                                                HOWARD RICE NEMEROVSKI CANADY
20                                                  FALK & RABKIN
                                                A Professional Corporation
21                                              Three Embarcadero Center, Seventh Floor
                                                San Francisco, CA  94111
22                                              Telephone:  (415) 434-1600
                                                Facsimile:   (415) 217-5910
23
                                                Attorneys for Individual Defendant
24                                              Sylvia Garcia-Lechelt

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES AND SETTING                    -4-
SCHEDULE**; MASTER FILE NO. 5:06-CV-03484-JF

3193645.1

1  I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that DeMaurice Smith has concurred in this filing.

2

3

4  Dated:  September 18, 2007                               By:           /s/ DeMaurice F. Smith
                                                                                           DeMaurice F. Smith
5                                                                                          Heather M. McPhee
                                                                                           PATTON BOGGS LLP
6                                                                                          2550 M. St. NW
                                                                                           Washington, DC  20037
7                                                                                          Telephone:  (202) 457-6000
                                                                                           Facsimile:  (202) 457-6315
8
                                                                                           Attorneys for Individual Defendant
9                                                                                          Virginia Gemmell

10

11

12

13

14

15  I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Mary Jo Johnson has concurred in this filing.

16

17

18  Dated:  September 18, 2007                               By:           /s/ Mary Jo Johnson
                                                                                           Mary Jo Johnson
19                                                                                         WILMER CUTLER PICKERING HALE &
                                                                                                 DORR LLP
20                                                                                         60 State Street
                                                                                           Boston, MA  02109
21                                                                                         Telephone:  (617) 526-6750
                                                                                           Facsimile:  (617) 526-5000
22
                                                                                           Elizabeth I. Rogers
23                                                                                         WILMER CUTLER PICKERING HALE &
                                                                                                 DORR LLP
24                                                                                         1117 S. California Avenue
                                                                                           Palo Alto, CA 94304
25                                                                                         Telephone:  (650) 858-6042
                                                                                           Facsimile:  (650) 858-6100
26
                                                                                           Attorneys for Individual Defendant
27                                                                                         Prabhat Goyal

28

1     *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that John Stigi has concurred in this filing.*

Dated:  September 18, 2007            By:     /s/ John P. Stigi III
                                                        John P. Stigi III
                                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                                        333 South Hope Street
                                                        Forty-Eighth Floor
                                                        Los Angeles, CA  90071
                                                        Telephone:  (213) 617-5589
                                                        Facsimile:   (213) 620-1398

                                                        Attorneys for Individual Defendant
                                                        Edwin Harper

    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Darryl Rains has concurred in this filing.*

Dated:  September 18, 2007            By:     /s/ Darryl Rains
                                                          Eugene Illovsky
                                                          MORRISON & FOERSTER
                                                          101 Ygnacio Valley Road, Suite 450
                                                          Walnut Creek, CA  94596
                                                          Telephone:  (925) 295-3300
                                                          Facsimile:  (925) 946-9912

                                                        Darryl P. Rains
                                                        MORRISON & FOERSTER
                                                        755 Page Mill Road
                                                        Palo Alto, CA  94304
                                                        Telephone:  (650) 813-5600
                                                        Facsimile:   (650) 494-0792

                                                        Attorneys for Individual Defendant
                                                        William Larson

1  I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Freeman has concurred in this filing.

Dated:  September 18, 2007    By:    /s/ William Freeman
William S. Freeman
Mary Beth O'Connor
Brandon J. Kimura
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Individual Defendant
Kent Roberts

I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Norman Blears has concurred in this filing.

Dated:  September 18, 2007    By:    /s/ Norman J. Blears
Norman J. Blears
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638

Attorneys for Individual Defendants
Dennis Cline, Arthur Matin, Zachary Nelson,
Stephen Richards, and Peter Watkins

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.*

Dated:  September 18, 2007

By:       /s/ Shawn A. Williams
Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:   (415) 288-4534

Travis E. Downs III
Benny C. Goodman III
Thomas G. Wilhelm
  LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

SCHIFFRIN & BARROWAY, LLP
Eric L. Zagar
Sean M. Handler
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES AND SETTING
SCHEDULE; MASTER FILE NO. 5:06-CV-03484-JF

-8-

3193645.1

\*   \*   \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, and for good cause,

1. <u>The Webb Action</u>:  The *Webb* Action is consolidated with this consolidated action; and the individual defendants and McAfee shall have no obligation to answer or otherwise respond to the complaint in the *Webb* Action.

2. <u>The McAfee Standing Motion</u>:  Pursuant to this Court's Order dated August 27, 2007, McAfee shall file the McAfee Standing Motion in response to the Amended Consolidated Complaint by October 29, 2007; plaintiffs shall file their opposition by November 28, 2007; and McAfee shall file its reply by December 28, 2007.

3. <u>The Individuals' Separate Motions</u>:  Other than as set forth in Section 2, above, the individual defendants and McAfee shall have no obligation to move to dismiss or otherwise respond to the Amended Consolidated Complaint until the McAfee Standing Motion is resolved. Following the Court's resolution of the McAfee Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Amended Consolidated Complaint.

IT IS SO ORDERED.

DATED:  9/21/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE