1  SCHIFFRIN BARROWAY TOPAZ
   & KESSLER LLP
2  ERIC L. ZAGAR
   ROBIN WINCHESTER
3  280 King of Prussia Road
   Radnor, PA  19087
4  Telephone:  610/667-7706
   610/667-7056 (fax)
5  ezagar@sbtklaw.com
   rwinchester@sbtklaw.com
6
   COUGHLIN STOIA GELLER
7    RUDMAN & ROBBINS LLP
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
9  San Diego, CA  92101
   Telephone:  619/231-1058
10 619/231-7423 (fax)
   travisd@csgrr.com
11 bgoodman@csgrr.com
             – and –
12 SHAWN A. WILLIAMS (213113)
   AELISH M. BAIG (201279)
13 100 Pine Street, Suite 2600
   San Francisco, CA  94111
14 Telephone:  415/288-4545
   415/288-4534 (fax)
15 swilliams@lerachlaw.com
   abaig@lerachlaw.com
16 Co-Lead Counsel for Plaintiffs

17 [Additional counsel appear on signature page.]

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21 In re MCAFEE, INC. DERIVATIVE      )   Master File No. 5:06-cv-03484-JF
   LITIGATION                         )
22 ──────────────────────────────     )   STIPULATION AND [PROPOSED] ORDER
                                      )   FURTHER CONTINUING THE BRIEFING
23 This Document Relates To:          )   ON MCAFEE'S MOTION TO DISMISS,
                                      )   THE HEARING ON MCAFEE'S MOTION
24     ALL ACTIONS.                    )   TO DISMISS, AND THE INITIAL CASE
                                      )   MANAGEMENT CONFERENCE
25 ──────────────────────────────     )

26

27

28

1    WHEREAS, pursuant to this Court's Order dated August 27, 2007, plaintiffs' second

2  amended consolidated complaint is currently due on September 27, 2007;

3    WHEREAS, plaintiffs have requested approximately a one week extension to file their

4  second amended complaint which would move each subsequent due date listed in the August 27,

5  2007, Order thereafter by one week; and

6    WHEREAS, the parties believe that the interests of judicial economy are better served by

7  entering into a new schedule in order to allow the parties to continue to discuss a possible resolution

8  of the matter while setting a schedule to allow plaintiffs to file an amended complaint and set a

9  briefing schedule should McAfee file a motion to dismiss.

10    IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants through

11  their respective counsel of record that, subject to the Court's approval, plaintiffs shall file their

12  second amended complaint no later than October 5, 2007; should McAfee file a motion to dismiss, it

13  shall be filed no later than November 5, 2007; plaintiffs' opposition to McAfee's motion to dismiss

14  shall be filed no later than December 5, 2007; and McAfee shall file its reply no later than January 4,

15  2008.  The hearing on McAfee's motion to dismiss and CMC currently scheduled for January 11,

16  2008 shall be taken off calendar and rescheduled for 10:30 a.m. on January 18, 2008 or at another

17  date convenient for the Court.  This stipulation does not alter prior orders or deadlines for defendants

18  other than McAfee.

19    IT IS SO STIPULATED.

20  DATED:  September 27, 2007          Respectfully submitted,

21                                    SCHIFFRIN BARROWAY TOPAZ
                                         & KESSLER LLP
22                                    ERIC L. ZAGAR
                                       ROBIN WINCHESTER
23
                                      By:     /s/ Eric L. Zagar
24
                                      280 King of Prussia Road
25                                    Radnor, PA  19087
                                      Telephone:  610/667-7706
26                                    610/667-7056 (fax)

27

28

STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO
DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Co-Lead Counsel for Plaintiffs

    I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

1  DATED:  September 27, 2007      By: _____/s/ Boris Feldman_____

2                                 WILSON SONSINI GOODRICH &

3                                    ROSATI, P.C.
                                 BORIS FELDMAN
                                 NINA F. LOCKER

4                                   RODNEY G. STRICKLAND
                                 650 Page Mill Road

5                                   Palo Alto, CA  94304-1050
                                 Telephone:  650/493-9300

6                                   650/493-6811 (fax)

7                                   WILSON SONSINI GOODRICH &
                                 ROSATI, P.C.

8                                   CLAYTON BASSER-WALL
                                 8911 Capital of Texas Highway North

9                                   Westech 360, Suite 3350
                                 Austin, TX  78759-8497

10                               Telephone:  512/338-5400
                             512/338-5499 (fax)

11

12                               Attorneys for Nominal Defendant McAfee, Inc.
                             and Individual Defendants Eric Brown, Robert

13                               Bucknam, Leslie Denend, Robert Dutkowsky,
                             Dale Fuller, Denis O'Leary, Robert Pangia, and

14                               Liane Wilson

15

16       I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

17  Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

18  Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.   In

19  compliance with General Order 45, X.B., I hereby attest that Boris Feldman has concurred in this

20  filing.

21

22

23

24

25

26

27

28

1

2

3      DATED:  September 27, 2007              By: _____ /s/ R. James Slaughter _____

                                              Elliot R. Peters
4                                             R. James Slaughter
                                              KEKER & VAN NEST LLP
5                                             710 Sansome Street
                                              San Francisco, CA 94111
6                                             Telephone:  (415) 391-5400
                                              Facsimile:   (415) 397-7188
7
                                              Attorneys for Individual Defendant
8                                             George Samenuk

9

10          I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

11     Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

12     Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

13     compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in

14     this filing.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   DATED: September 27, 2007                    By:_____/s/ N. Scott Fletcher_____

3                                               N. Scott Fletcher
                                                Michael C. Holmes
4                                               VINSON & ELKINS LLP
                                                1001 Fannin – Suite 2500
5                                               Houston, TX 77002-6760
                                                Telephone: (713) 758-3234
6                                               Facsimile: (713) 615-5168

7                                               John Potter
                                                QUINN EMANUEL URQUHART
8                                                OLIVER & HEDGES, LLP
                                                50 California Street, #22
9                                               San Francisco, California 94111
                                                Telephone: (415) 875-6600
10                                              Facsimile: (415) 875-6700

11                                              Attorneys for Individual Defendant
                                                Kevin Weiss
12

13          I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

14   Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

15   Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference. In

16   compliance with General Order 45, X.B., I hereby attest that N. Scott Fletcher has concurred in

17   this filing.

18

19

20

21

22

23

24

25

26

27

28

1

2   DATED: September 27, 2007          By: _____ /s/ William M. Goodman _____

3                                      William M. Goodman
                                       Andrea P. DeShazo
4                                      Raphael M. Goldman
                                       TOPEL & GOODMAN
5                                      832 Sansome Street, 4th Floor
                                       San Francisco, CA  94111
6                                      Telephone:  (415) 421-6140
                                       Facsimile:  (415) 398-5030
7
                                       Attorneys for Individual Defendant
8                                      Evan Collins

9          I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

10   Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

11   Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

12   compliance with General Order 45, X.B., I hereby attest that William M. Goodman has

13   concurred in this filing.

14   DATED: September 27, 2007          By: _____ /s/ Joshua A. Reiten _____

15                                      Sarah A. Good
                                       Clara J. Shin
16                                      Joshua A. Reiten
                                       HOWARD RICE NEMEROVSKI CANADY
17                                      FALK & RABKIN
                                       A Professional Corporation
18                                      Three Embarcadero Center, Seventh Floor
                                       San Francisco, CA  94111
19                                      Telephone:  (415) 434-1600
                                       Facsimile:  (415) 217-5910
20
                                       Attorneys for Individual Defendant
21                                      Sylvia Garcia-Lechelt

22

23          I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

24   Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

25   Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

26   compliance with General Order 45, X.B., I hereby attest that Joshua A. Reiten has concurred in

27   this filing.

28
     STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO
     DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF          7

1   DATED: September 27, 2007          By: _____ /s/ DeMaurice F. Smith _____

2                                       DeMaurice F. Smith
                                        Heather M. McPhee
3                                       PATTON BOGGS LLP
                                        2550 M. St. NW
4                                       Washington, DC  20037
                                        Telephone:  (202) 457-6000
5                                       Facsimile:  (202) 457-6315

6                                       Attorneys for Individual Defendant
                                        Virginia Gemmell
7

8          I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

9   Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

10  Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

11  compliance with General Order 45, X.B., I hereby attest that DeMaurice F. Smith has concurred

12  in this filing.

13  DATED: September 27, 2007          By:_____ /s/ Mary Jo Johnson _____

14                                      Mary Jo Johnson
                                        WILMER CUTLER PICKERING HALE &
15                                        DORR LLP
                                        60 State Street
16                                      Boston, MA  02109
                                        Telephone:  (617) 526-6750
17                                      Facsimile:  (617) 526-5000

18                                      Elizabeth I. Rogers
                                        WILMER CUTLER PICKERING HALE &
19                                        DORR LLP
                                        1117 S. California Avenue
20                                      Palo Alto, CA 94304
                                        Telephone:  (650) 858-6042
21                                      Facsimile:  (650) 858-6100

22                                      Attorneys for Individual Defendant
                                        Prabhat Goyal
23

24         I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

25  Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

26  Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

27  compliance with General Order 45, X.B., I hereby attest that Mary Jo Johnson has concurred in

28  this filing.

DATED: September 27, 2007          By: _____ /s/ John P. Stigi III _____

John P. Stigi III
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA  90071
Telephone:  (213) 617-5589
Facsimile:   (213) 620-1398

Attorneys for Individual Defendant
Edwin Harper

I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that John P. Stigi III has concurred in this filing.

DATED: September 27, 2007          By: _____ /s/ Darryl P. Rains _____

Darryl P. Rains
MORRISON & FOERSTER
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Facsimile:   (650) 494-0792

Eugene Illovsky
MORRISON & FOERSTER
101 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596
Telephone:  (925) 295-3300
Facsimile:  (925) 946-9912

Attorneys for Individual Defendant
William Larson

I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Darryl P. Rains has concurred in

1    this filing.

2
     DATED: September 27, 2007                By: _____ /s/ William Freeman _____
3
                                              William S. Freeman
4                                             Mary Beth O'Connor
                                              Brandon J. Kimura
5                                             COOLEY GODWARD KRONISH LLP
                                              Five Palo Alto Square
6                                             3000 El Camino Real
                                              Palo Alto, CA  94306-2155
7                                             Telephone:  (650) 843-5000
                                              Facsimile:   (650) 857-0663
8
                                              Attorneys for Individual Defendant
9                                             Kent Roberts

10

11          I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

12   Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

13   Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

14   compliance with General Order 45, X.B., I hereby attest that William Freeman has concurred in

15   this filing.

16   DATED: September 27, 2007                By: _____ /s/ Norman J. Blears _____

17                                            Norman J. Blears
                                              HELLER EHRMAN LLP
18                                            275 Middlefield Road
                                              Menlo Park, CA 94025-3506
19                                            Telephone:  (650) 324-7000
                                              Facsimile:  (650) 324-0638
20
                                              Attorneys for Individual Defendants
21                                            Dennis Cline, Arthur Matin, Zachary Nelson,
                                              Stephen Richards, and Peter Watkins
22

23

24

25

26

27

28

STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO
DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF          10

1       I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this

2   Stipulation and [Proposed] Order Continuing the Briefing on McAfee's Motion to Dismiss, the

3   Hearing on McAfee's Motion to Dismiss, and the Initial Case Management Conference.  In

4   compliance with General Order 45, X.B., I hereby attest that Norman J. Blears has concurred in this

5   filing.

6

7

8                               *      *      *

9                               **ORDER**

10      PURSUANT TO STIPULATION, plaintiffs shall file their second amended complaint no

11  later than October 5, 2007; should McAfee file a motion to dismiss, it shall be filed no later than

12  November 5, 2007; plaintiffs' opposition to McAfee's motion to dismiss shall be filed no later than

13  December 5, 2007; and McAfee shall file its reply no later than January 4, 2008.  The hearing on

14  McAfee's motion to dismiss and CMC currently scheduled for January 11, 2008 shall be taken off

15  calendar and rescheduled for 10:30 a.m. on January 18, 2008 or at another date convenient for the

16  Court.  This stipulation does not alter prior orders or deadlines for defendants other than McAfee.

17

18                              *      *      *

19

20      IT IS SO ORDERED.

21  DATED:    10/9/07 _____

22                             THE HONORABLE JEREMY FOGEL
                           UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on September 27, 2007, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

8           By:       /s/ Eric L. Zagar

9           SCHIFFRIN BARROWAY TOPAZ
          & KESSLER LLP
10

11           280 King of Prussia Road
        Radnor, PA  19087
        Telephone:  610/667-7706
12           610/667-7056 (fax)

13           ezagar@sbtklaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROP] ORDER FURTHER CONTINUING FILING OF PLTFS' OPP TO MCAFEE'S MOT TO
DISMISS, THE HEARING ON MCAFEE'S MOT TO DISMISS – CASE NO. 5:06-CV-03484-JF    12

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **N Scott Fletcher**
  sfletcher@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com,mak@kvn.com,alm@kvn.com

- **John Mark Potter**
  rachelmullinax@quinnemanuel.com,matthewgardner@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Clara Shin**

cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,kjb@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.c

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```