COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
abaig@csgrr.com
cwood@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION | ) Master File No. 5:06-cv-03484-JF ) ) STIPULATION AND [~~PROPOSED~~] ORDER ) CONTINUING THE FEBRUARY 22, 2008 ) CASE MANAGEMENT CONFERENCE |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) ) |

| | |
|---|---|
| 1 | WHEREAS, on December 14, 2007, plaintiffs and nominal defendant McAfee, Inc. ("McAfee" or the "Company") filed a Further Case Management Conference Statement advising the Court that substantial progress had been made with respect to the resolution of claims against many of the individual defendants, and that the parties continued to negotiate with respect to claims which had yet to be resolved with several of the individual defendants; |

WHEREAS, on December 14, 2007, plaintiffs and nominal defendant McAfee, Inc. ("McAfee" or the "Company") filed a Further Case Management Conference Statement advising the Court that substantial progress had been made with respect to the resolution of claims against many of the individual defendants, and that the parties continued to negotiate with respect to claims which had yet to be resolved with several of the individual defendants;

WHEREAS, a Case Management Conference is currently scheduled in this matter for February 22, 2008 and a Case Management Conference Statement is currently due on February 15, 2008;

WHEREAS, plaintiffs, McAfee, and certain of the individual defendants are working to document an agreement that would resolve this matter, and continue to work toward possible resolution with the remaining defendants;

WHEREAS, plaintiffs, McAfee and certain of the individual defendants intend to execute a memorandum of understanding shortly and will subsequently file a stipulation of settlement with the Court; and

WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the February 22, 2008 Case Management Conference until March 28, 2008;

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and McAfee, through their respective counsel of record that, subject to the Court's approval, the February 22, 2008 Case Management Conference shall be taken off calendar and rescheduled for 10:30 a.m. on March 28, 2008, or at another date convenient for the Court.

DATED: February 15, 2008
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

                                /s/
                    ─────────────────────
                       SHAWN A. WILLIAMS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER CONTINUING THE FEBRUARY 22, 2008 CASE MANAGEMENT CONFERENCE - 5:06-cv-03484-JF
- 1 -

| | |
|---|---|
| | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS<br>AELISH M. BAIG<br>CHRISTOPHER M. WOOD<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) |
| | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax) |
| | Co-Lead Counsel for Plaintiffs |
| DATED: February 15, 2008 | WILSON SONSINI GOODRICH &<br>  ROSATI, P.C.<br>BORIS FELDMAN<br>NINA F. LOCKER<br>RODNEY G. STRICKLAND |
| |             /s/<br>RODNEY G. STRICKLAND |
| | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650/493-9300<br>650/493-6811 (fax) |
| | WILSON SONSINI GOODRICH &<br>  ROSATI, P.C.<br>CLAYTON BASSER-WALL<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759-8497<br>Telephone: 512/338-5400<br>512/338-5499 (fax) |

| | |
|---|---|
| | Counsel for Nominal Defendant McAfee, Inc. and Individual Defendants Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Liane Wilson, and Eric Brown |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE FEBRUARY 22, 2008 CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

/s/
SHAWN A. WILLIAMS

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for February 22, 2008 shall be taken off calendar and rescheduled for 10:30 a.m. on March 28, 2008, or at another time convenient for the Court.

IT IS SO ORDERED.

DATED: 2/22/08

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

T:\casesSF\mcAfee Derivative\STP00049192.doc

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on February 15, 2008. |

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: swilliams@csgrr.com

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **N Scott Fletcher**
  sfletcher@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,annacusack@quinn

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,kjb@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,rbrown@wsgr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchest

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
```

Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

**Sandra G. Smith**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087