COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
ELLEN GUSIKOFF STEWART (144892)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
elleng@csgrr.com
bennyg@csgrr.com
  – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
abaig@csgrr.com
cwood@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:06-cv-03484-JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE MAY 30, 2008 CASE MANAGEMENT CONFERENCE TO JUNE 27, 2008 |

1    WHEREAS, on March 24, 2008, plaintiffs and nominal defendant McAfee, Inc. ("McAfee" or the "Company") filed a Stipulation and [Proposed] Order Continuing the March 28, 2008 Case Management Conference to May 30, 2008, and advising the Court that a majority of the individual defendants (collectively, the "Settling Defendants"), had executed a Memorandum of Understanding resolving this matter with respect to all claims against the Settling Defendants and nominal defendant McAfee, and that plaintiffs were exploring possible resolution with the remaining three defendants;

WHEREAS, a Case Management Conference is currently scheduled in this matter for May 30, 2008;

WHEREAS, plaintiffs, McAfee and the Settling Defendants need additional time to complete the Stipulation of Settlement and related settlement approval documents;

WHEREAS, plaintiffs, McAfee and the Settling Defendants intend to file a Stipulation of Settlement and related approval papers on or around June 13, 2008;

WHEREAS, counsel for nominal defendant McAfee has conferred with counsel for the individual defendants, and the individual defendants support the entry of the instant Order; and

WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the May 30, 2008 Case Management Conference until June 27, 2008.

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and McAfee, through their respective counsel of record that, subject to the Court's approval, the May 30, 2008 Case Management Conference shall be taken off calendar and rescheduled for 10:30 a.m. on June 27, 2008, or at another date convenient for the Court.

DATED: May 21, 2008

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
CHRISTOPHER M. WOOD

s/ Shawn A. Wiliams
SHAWN A. WILLIAMS

STIPULATION AND [PROPOSED] ORDER CONTINUING THE MAY 30, 2008 CASE
MANAGEMENT CONFERENCE TO JUNE 27, 2008 - 5:06-cv-03484-JF                           - 1 -

|     |                          |                                                |
| --- | ------------------------ | ---------------------------------------------- |
| 1   |                          |                                                |
| 2   |                          | 100 Pine Street, Suite 2600                    |
|     |                          | San Francisco, CA  94111                       |
| 3   |                          | Telephone:  415/288-4545                       |
|     |                          | 415/288-4534 (fax)                             |
| 4   |                          | COUGHLIN STOIA GELLER                          |
| 5   |                          |    RUDMAN & ROBBINS LLP                        |
|     |                          | TRAVIS E. DOWNS III                            |
| 6   |                          | ELLEN GUSIKOFF STEWART                         |
|     |                          | BENNY C. GOODMAN III                           |
| 7   |                          | 655 West Broadway, Suite 1900                  |
|     |                          | San Diego, CA  92101                           |
| 8   |                          | Telephone:  619/231-1058                       |
|     |                          | 619/231-7423 (fax)                             |
| 9   |                          | SCHIFFRIN BARROWAY TOPAZ                       |
| 10  |                          |    & KESSLER LLP                               |
|     |                          | ERIC L. ZAGAR                                  |
| 11  |                          | ROBIN WINCHESTER                               |
|     |                          | 280 King of Prussia Road                       |
| 12  |                          | Radnor, PA  19087                              |
|     |                          | Telephone:  610/667-7706                       |
| 13  |                          | 610/667-7056 (fax)                             |
| 14  |                          | Co-Lead Counsel for Plaintiffs                 |
| 15  |                          |                                                |
| 16  | DATED:  May 21, 2008     | WILSON SONSINI GOODRICH &                      |
|     |                          |    ROSATI, P.C.                                |
| 17  |                          | BORIS FELDMAN                                  |
|     |                          | NINA F. LOCKER                                 |
| 18  |                          | RODNEY G. STRICKLAND                           |
| 19  |                          |                                                |
| 20  |                          | _____s/ Rodney G. Strickland_____            |
|     |                          |         RODNEY G. STRICKLAND                   |
| 21  |                          | 650 Page Mill Road                             |
| 22  |                          | Palo Alto, CA  94304-1050                      |
|     |                          | Telephone:  650/493-9300                       |
| 23  |                          | 650/493-6811 (fax)                             |
| 24  |                          |                                                |
| 25  |                          |                                                |
| 26  |                          |                                                |
| 27  |                          |                                                |
| 28  |                          |                                                |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE MAY 30, 2008 CASE
MANAGEMENT CONFERENCE TO JUNE 27, 2008 - 5:06-cv-03484-JF                          - 2 -

|   |   |
|---|---|
| 1 |   |
| 2 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|   | CLAYTON BASSER-WALL |
| 3 | 8911 Capital of Texas Highway North |
|   | Westech 360, Suite 3350 |
| 4 | Austin, TX  78759-8497 |
|   | Telephone:  512/338-5400 |
| 5 | 512/338-5499 (fax) |
| 6 | Counsel for Nominal Defendant McAfee, Inc. and Individual Defendants Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Liane Wilson, and Eric Brown |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the May 30, 2008 Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

                                                             s/ Shawn A. Williams
                                                             SHAWN A. WILLIAMS

                                                      *   *   *

## O R D E R

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for May 30, 2008 shall be taken off calendar and rescheduled for 10:30 a.m. on June 27, 2008, or at another time convenient for the Court.

IT IS SO ORDERED.

DATED:  5/23/08

                                                  THE HONORABLE JEREMY FOGEL
                                                  UNITED STATES DISTRICT JUDGE

T:\CasesSF\McAfee Derivative\S_O00051406.doc

1  CERTIFICATE OF SERVICE

2     I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7     I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on May 21, 2008.

      s/ Shawn A. Williams
      SHAWN A. WILLIAMS

      COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
      100 Pine Street, 26th Floor
      San Francisco, CA  94111
      Telephone:  415/288-4545
      415/288-4534 (fax)
      E-mail:shawnw@csgrr.com

## Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **N Scott Fletcher**
  sfletcher@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Jo W. Golub**
  jgolub@kvn.com,efiling@kvn.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,matthewgardner@quinnemanuel.com,westonreid@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**
  asharma@vbllaw.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,kjb@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,rbrown@wsgr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael C. Holmes**
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

**Heather M. McPhee**
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

**James H Miller**
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

**Sandra G. Smith**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087