UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE MCAFEE, INC.
DERIVATIVE LITIGATION,

Case No. CV-06-3484-JF

ORDER ADMINISTRATIVELY
CLOSING CONSOLIDATED ACTIONS

On July 13, 2006 the above entitled matter was consolidated with case number CV-06-3620-JF and on September 21, 2007 the above entitled matter was consolidated with case number CV-07-4048-JF. At that time, the Court deemed case number CV-06-3484-JF the lead case. In light of the consolidation, the clerk shall administratively close the following cases: CV-06-3620-JF and CV-07-4048-JF.

IT IS SO ORDERED.

Dated: September 19, 2008

---
JEREMY FOGEL
United States District Judge