**E-Filed 10/1/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MCAFEE, INC. DERIVATIVE LITIGATION, | Case Number C 06-3484 JF (PVT)<br><br>ORDER SETTING HEARING ON OCTOBER 3, 2008 |

The Court has received and considered the stipulation of the settling parties filed September 25, 2008, the objections thereto filed September 26, 2008, and the response to objections filed September 29, 2008. As requested by the settling parties, the Court will set the motion for preliminary approval of settlement for hearing on October 3, 2008 at 9:00 a.m. At that time, the Court will consider whether preliminary approval of the settlement should be withheld or deferred so that the objectors may file further briefing, or whether the objectors' interests would be protected by their right to object to final approval of the settlement following issuance of a notice of preliminary approval.

1   IT IS SO ORDERED.

5   DATED: 10/1/08

_____
JEREMY FOGEL
United States District Judge

2

1  Copies of Order served on:

2

3  Aelish Marie Baig AelishB@csgrr.com, khuang@csgrr.com

4  Avin P. Sharma asharma@vbllaw.com

5  Benjamin B. Au bau@kvn.com, alm@kvn.com, apicar@kvn.com, efiling@kvn.com

6  Brandon Kimura bkimura@cooley.com, tcarney@cooley.com

7  Clara Shin cshin@hrice.com, ccamp@howardrice.com

8  Clay Basser-Wall cbasserwall@wsgr.com

9  DeMaurice Fitzgerald Smith DeMaurice.Smith@lw.com

10  Elliot Remsen Peters epeters@kvn.com, aap@kvn.com, efiling@kvn.com

11  Eric L. Zagar ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com,
12  rwinchester@sbtklaw.com

13  Gregory Lewis Watts gwatts@wsgr.com, lbeltran@wsgr.com

14  Jo W. Golub jgolub@kvn.com, efiling@kvn.com

15  John Mark Potter johnpotter@quinnemanuel.com, amberburns@quinnemanuel.com,
    matthewgardner@quinnemanuel.com, westonreid@quinnemanuel.com

16  John P. Stigi , III jstigi@sheppardmullin.com, mvanterpool@sheppardmullin.com

17  Joshua A. Reiten jreiten@howardrice.com, aaustin@howardrice.com

18  N Scott Fletcher sfletcher@velaw.com, eklager@velaw.com

19  Robert James Slaughter rjs@kvn.com, efiling@kvn.com, kjb@kvn.com, mls@kvn.com

20  Robert S. Green CAND.USCOURTS@CLASSCOUNSEL.COM

21  Sarah A. Good sgood@howardrice.com, bhastings@howardrice.com

22  Shawn A. Williams shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com,
23  e_file_sd@csgrr.com, e_file_sf@csgrr.com, travisd@csgrr.com

24  Travis E. Downs , III travisd@csgrr.com, e_file_sd@csgrr.com

25  William M. Goodman wgoodman@kasowitz.com

26  William S. Freeman freemanws@cooley.com, galancr@cooley.com

27

28

3

Case No. C 06-3484 JF (PVT)
ORDER SETTING HEARING ON OCTOBER 3, 2008
(JFLC2)