**E-Filed 10/9/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MCAFEE, INC. DERIVATIVE LITIGATION, | Case Number C 06-3484 JF (PVT)<br><br>ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br>[re: docket no. 119] |

On October 3, 2008, the Court heard Plaintiffs' motion for preliminary approval of a proposed settlement between Plaintiffs and several of the defendants ("Settling Defendants") in this shareholders' derivative action. Defendants George Samenuk, Kent Roberts and Kevin Weiss ("Non-Settling Defendants") oppose the motion, asserting that they were not afforded adequate notice of the motion or sufficient time to review the proposed settlement prior to the hearing on October 3.[1] Non-Settling Defendants also assert that there are factual and legal inaccuracies in the proposed notice to shareholders, and that the proposed settlement does not adequately benefit the shareholders. Non-Settling Defendants request leave to conduct discovery

---

[1] Only Samenuk and Roberts filed written objections; however, counsel for Weiss appeared telephonically at the hearing and joined in the objections to the motion for preliminary approval of the settlement.

and present supplemental briefing before the Court addresses Plaintiffs' motion for preliminary approval.

The Court concludes that the proposed settlement appears fair and adequate on its face, and thus is prepared to grant preliminary approval and direct that notice be issued. Assuming without deciding that Non-Settling Defendants have standing to object to the proposed settlement, the Court concludes that Non-Settling Defendants' interests will be protected adequately by a notice period of sufficient length to afford Non-Settling Defendants an opportunity to comment fully.

Accordingly, the Court HEREBY GRANTS Plaintiffs' motion for preliminary approval of settlement and ORDERS a notice period of ninety days rather than the forty-five days requested by Plaintiffs.

DATED: 10/9/08

_____
JEREMY FOGEL
United States District Judge

1   Copies of Order served on:

2   Aelish Marie Baig AelishB@csgrr.com, khuang@csgrr.com

3   Avin P. Sharma asharma@vbllaw.com

4   Benjamin B. Au bau@kvn.com, alm@kvn.com, apicar@kvn.com, efiling@kvn.com

5   Brandon Kimura bkimura@cooley.com, tcarney@cooley.com

6   Clara Shin cshin@hrice.com, ccamp@howardrice.com

7   Clay Basser-Wall cbasserwall@wsgr.com

8   DeMaurice Fitzgerald Smith DeMaurice.Smith@lw.com

9   Elliot Remsen Peters epeters@kvn.com, aap@kvn.com, efiling@kvn.com

10  Eric L. Zagar ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com,
11  rwinchester@sbtklaw.com

12  Gregory Lewis Watts gwatts@wsgr.com, lbeltran@wsgr.com

13  Jeffrey David Light jeffl@csgrr.com

14  Jo W. Golub jgolub@kvn.com, efiling@kvn.com

15  John Mark Potter johnpotter@quinnemanuel.com, amberburns@quinnemanuel.com,
    matthewgardner@quinnemanuel.com, westonreid@quinnemanuel.com

16  John P. Stigi , III jstigi@sheppardmullin.com, mvanterpool@sheppardmullin.com

17  Joshua A. Reiten jreiten@howardrice.com, aaustin@howardrice.com

18  N Scott Fletcher sfletcher@velaw.com, eklager@velaw.com, epannill@velaw.com

19  Robert James Slaughter rjs@kvn.com, efiling@kvn.com, kjb@kvn.com, mls@kvn.com

20  Robert S. Green CAND.USCOURTS@CLASSCOUNSEL.COM

21  Rodney Grant Strickland , Jr rstrickland@wsgr.com

22  Sarah A. Good sgood@howardrice.com, bhastings@howardrice.com

23  Shawn A. Williams shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com,
24  e_file_sd@csgrr.com, e_file_sf@csgrr.com, travisd@csgrr.com

25  Travis E. Downs , III travisd@csgrr.com, e_file_sd@csgrr.com

26  William M. Goodman wgoodman@kasowitz.com, dwestphal@kasowitz.com

27  William S. Freeman freemanws@cooley.com, galancr@cooley.com

28

3

Case No. C 06-3484 JF (PVT)
ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
(JFLC2)

1  Heather M. McPhee
2  Patton Boggs, LLP
   2550 M Street, N.W.
3  Washington, DC 20037

4  James H Miller
5  Schriffrin Barroway Topaz & Kessler, LLP
   280 King of Prussia Road
6  Radnor, PA 19087

7  Michael C. Holmes
8  Vinson & Elkins, L.L.P.
   1001 Fannin Street
9  2500 First City Tower
10 Houston, TX 77002

11 Sandra G. Smith
12 Schiffrin Barroway Topaz & Kessler, LLP
   280 King of Prussia Road
13 Radnor, PA 19087

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 06-3484 JF (PVT)
ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
(JFLC2)