| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III (148274)<br>ELLEN GUSIKOFF STEWART (144892)<br>BENNY C. GOODMAN III (211302)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@csgrr.com<br>elleng@csgrr.com<br>bennyg@csgrr.com<br>    – and –<br>SHAWN A. WILLIAMS (213113)<br>AELISH M. BAIG (201279)<br>CHRISTOPHER M. WOOD (254908)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>swilliams@csgrr.com<br>abaig@csgrr.com<br>cwood@csgrr.com | **E-Filed 10/16/08**<br><br><br><br><br><br><br><br><br><br><br><br><br>SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax)<br>ezagar@sbtklaw.com<br>rwinchester@sbtklaw.com |

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. 5:06-cv-03484-JF<br><br>[CORRECTED] [PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE |

WHEREAS, the parties having made application, pursuant to Federal Rule of Civil Procedure 23.1, for an order (i) preliminarily approving the settlement (the "Settlement") of the Federal Derivative Action, in accordance with a Stipulation of Settlement dated October 1, 2008 (the "Stipulation"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed Settlement and dismissal of the Federal Derivative Action with prejudice, upon the terms and conditions set forth therein; and (ii) approving for distribution of the Notice of Proposed Settlement (the "Notice"); and

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein); and

WHEREAS, this Court, having considered the Stipulation and the Exhibits annexed thereto and having heard the arguments of the Settling Parties at the preliminary approval hearing:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. This Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including the terms and conditions for settlement and dismissal with prejudice of the Federal Derivative Action.

2. A hearing (the "Settlement Hearing") shall be held before this Court on January 30, 2009, at 9:00 a.m., 2112 Robert F. Peckham Federal Building and United States Courthouse, 280 South First Street, San Jose, California, to determine whether the Settlement of the Federal Derivative Action on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to McAfee shareholders and to McAfee and should be approved by the Court; whether a Judgment as provided in ¶1.9 of the Stipulation should be entered herein, and to award attorneys' fees and expenses to Plaintiffs' Counsel.

3. The Court approves, as to form and content, the Notice annexed as Exhibit A-1 hereto, and finds that the distribution of the Notice substantially in the manner and form set forth in this Order, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

4. Not later than ten (10) days following entry of this Order, McAfee shall cause a copy of the Notice, substantially in the form annexed as Exhibit A-1 hereto, to be published in a Form 8-K filed with the Securities and Exchange Commission and a copy of the Summary Notice substantially in that form annexed as Exhibit A-2 to be published in the national edition of *Investor's Business Daily*.

5. At least seven (7) days prior to the Settlement Hearing, McAfee's counsel shall serve on counsel for the Federal Plaintiffs and file with the Court proof, by affidavit or declaration, of such publication.

6. All current McAfee shareholders shall be bound by all orders, determinations and judgments in the Federal Derivative Action concerning the Settlement, whether favorable or unfavorable to current McAfee shareholders.

7. Pending final determination of whether the Settlement should be approved, no current McAfee shareholder, either directly, representatively, or in any other capacity, shall commence or prosecute against any of the Individual Settling Defendants or McAfee, any action or proceeding in any court or tribunal asserting any of the Released Claims.

8. All papers in support of the Settlement and the award of attorneys' fees and expenses shall be filed with the Court and served at least seven (7) calendar days prior to the Settlement Hearing.

9. Any current McAfee shareholder may appear and show cause, if he, she or it has any, why the terms of the Settlement of the Federal Derivative Action should not be approved as fair, reasonable and adequate, or why a Judgment should not be entered thereon, provided, however, unless otherwise ordered by the Court, no current McAfee shareholder shall be heard or entitled to contest the approval of all or any of the terms and conditions of the Settlement, or, if approved, the Judgment to be entered thereon approving the same, unless that Person has, at least fourteen (14) days prior to the Settlement Hearing, filed with the Clerk of the Court and served on the following counsel (delivered by hand or sent by first class mail) appropriate proof of stock ownership, along with written objections, including the basis therefore, and copies of any papers and briefs in support thereof:

1         *Co-Lead Counsel for Federal Plaintiffs*

2         Jeffrey D. Light
        COUGHLIN STOIA GELLER
3            RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
4         San Diego, CA  92101-3301

5         *Co-Lead Counsel for State Plaintiffs*

6         Marc M. Umeda
        ROBBINS UMEDA & FINK, LLP
7         610 West Ash Street, Suite 1800
        San Diego, CA  92101
8
        *Counsel for Nominal Defendant McAfee, Inc.,*
9         *and Individual Settling Defendants Eric Brown,*
        *Robert Bucknam, Leslie Denend, Robert Dutkowsky*
10        *Dale Fuller, Denis O'Leary, Robert Pangia and*
        *Liane Wilson*
11

12        Rodney G. Strickland
        WILSON SONSINI GOODRICH &
13           ROSATI, P.C.
        650 Page Mill Road
14        Palo Alto, CA  94304-1050

15 The written objections and copies of any papers and briefs in support thereof to be filed in Court

16 shall be delivered by hand or sent by first class mail to:

17        Clerk of the Court
        UNITED STATES DISTRICT COURT
18        NORTHERN DISTRICT OF CALIFORNIA
        2112 Robert F. Peckham Federal Building
19           and United States Courthouse
        280 South First Street
20        San Jose, CA  95113

21
Any current McAfee shareholder who does not make his, her or its objection in the manner provided
22
herein shall be deemed to have waived such objection and shall forever be foreclosed from making
23
any objection to the fairness, reasonableness or adequacy of the Settlement as incorporated in the
24
Stipulation and to the award of attorneys' fees and expenses to Plaintiffs' Counsel, unless otherwise
25
ordered by the Court, but shall otherwise be bound by the Judgment to be entered and the releases to
26
be given.
27

28

10. Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of the Settling Defendants or of the validity of any Released Claims; or (b) is intended by the Settling Parties to be offered or received as evidence or used by any other person in any other actions or proceedings, whether civil, criminal or administrative.  Released Persons may file the Stipulation and/or a Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

11. The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to the current McAfee shareholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement.  The Court may approve the Settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to the current McAfee shareholders.

IT IS SO ORDERED.

DATED:  10/16/08

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

S:\Settlement\McAfee.set\(v2) EA 00051475 corrected.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2008.

       s/ Shawn A. Williams
    SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:swilliams@csgrr.com

## Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Aelish Marie Baig**
  AelishB@csgrr.com,khuang@csgrr.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **N Scott Fletcher**
  sfletcher@velaw.com,epannill@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Jo W. Golub**
  jgolub@kvn.com,efiling@kvn.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com,dwestphal@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Jeffrey David Light**
  jeffl@csgrr.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,matthewgardner@quinnemanuel.com,westonreid@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**
  asharma@vbllaw.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,kjb@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```