\*\*E-Filed 11/17/08\*\*

1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   ELLEN GUSIKOFF STEWART (144892)
3  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
4  San Diego, CA 92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
   travisd@csgrr.com
6  elleng@csgrr.com
   bennyg@csgrr.com
7      – and –
   SHAWN A. WILLIAMS (213113)              SCHIFFRIN BARROWAY TOPAZ
8  AELISH M. BAIG (201279)                    & KESSLER LLP
   CHRISTOPHER M. WOOD (254908)           ERIC L. ZAGAR
9  100 Pine Street, Suite 2600             ROBIN WINCHESTER
   San Francisco, CA 94111                 280 King of Prussia Road
10 Telephone: 415/288-4545                 Radnor, PA 19087
   415/288-4534 (fax)                      Telephone: 610/667-7706
11 swilliams@csgrr.com                     610/667-7056 (fax)
   abaig@csgrr.com                         ezagar@sbtklaw.com
12 cwood@csgrr.com                         rwinchester@sbtklaw.com

13 Co-Lead Counsel for Plaintiffs

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 In re MCAFEE, INC. DERIVATIVE          )   Master File No. 5:06-cv-03484-JF
   LITIGATION                             )
18                                        )   STIPULATION AND [PROPOSED] ORDER
                                          )   EXTENDING THE BRIEFING SCHEDULE
19 This Document Relates To:              )   ON GEORGE SAMENUK'S PETITION TO
                                          )   COMPEL ARBITRATION
20     ALL ACTIONS.                       )
                                          )

1  WHEREAS, on October 30, 2008 defendant George Samenuk ("Samenuk ") filed a Re-Notice of Petition and Petition to Compel Arbitration ("Petition") of claims against Samenuk in the above-captioned action. Dkt. No. 133;

WHEREAS, pursuant to Civ. L. R. 7-3, any response to Samenuk's Petition is due to be filed on November 14, 2008;

WHEREAS, Plaintiffs, McAfee and Samenuk are discussing the possibility of resolution of the Petition without additional briefing or a ruling by the Court on its merits; and

WHEREAS, the parties have met and conferred and agree that should the parties fail to reach agreement on resolution of the Petition, any opposition to the Petition will be filed no later than November 25, 2008.

NOW, THEREFORE, it is hereby agreed upon by the parties through their counsel of record and subject to the approval of the Court as follows:

1. The date by which any party must respond to Samenuk's Petition to Compel Arbitration shall be extended to November 25, 2008.

2. Samenuk's reply shall be filed and served no later than December 10, 2008.

3. Argument on the motion shall be heard on December 19, 2008 or a date to be determined by the Court.

DATED: November 14, 2008                    Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
CHRISTOPHER M. WOOD


                                            /s/
                                     SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE ON GEORGE
SAMENUK'S MOTION TO COMPEL ARBITRATION - 5:06-cv-03484-JF                        - 1 -

|   |   |
|---|---|
|   | COUGHLIN STOIA GELLER<br>　RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>ELLEN GUSIKOFF STEWART<br>BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>SCHIFFRIN BARROWAY TOPAZ<br>　& KESSLER LLP<br>ERIC L. ZAGAR<br>ROBIN WINCHESTER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax)<br><br>Co-Lead Counsel for Plaintiffs |
| DATED:  November 14, 2008 | KEKER & VAN NEST LLP<br>R. JAMES SLAUGHTER<br>ELLIOT R. PETERS<br><br>　　　　　　　　/s/<br>　　　　　R. JAMES SLAUGHTER<br><br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>(415) 397-7188 (fax)<br><br>Counsel for Defendant George Samenuk |

　　　I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending the Briefing Schedule on George Samenuk's Motion to Compel Arbitration.  In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　SHAWN A. WILLIAMS

| | | |
|---|---|---|
| 1 | DATED:  November 14, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | BORIS FELDMAN |
| | | RODNEY G. STRICKLAND |

                                                             /s/
                                                       RODNEY G. STRICKLAND

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Counsel for Nominal Defendant McAfee, Inc. and Individual Defendants Eric Brown, Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Liane Wilson

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending the Briefing Schedule on George Samenuk's Motion to Compel Arbitration.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

                                                             /s/
                                                    SHAWN A. WILLIAMS

*   *   *

**O R D E R**

IT IS SO ORDERED.

DATED:  11/17/08                                                    THE HONORABLE JEREMY FOGEL
                                                              UNITED STATES DISTRICT JUDGE

S:\CasesSD\McAfee Derivative\S_O00055650.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2008.

                                                              /s/
                                                    SHAWN A. WILIAMS
                                                    COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
                                                    100 Pine Street, 26th Floor
                                                    San Francisco, CA  94111
                                                    Telephone:  415/288-4545
                                                    415/288-4534 (fax)
                                                    E-mail: shawnw@csgrr.com

## Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Aelish Marie Baig**
  AelishB@csgrr.com,khuang@csgrr.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **N Scott Fletcher**
  sfletcher@velaw.com,epannill@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Jo W. Golub**
  jgolub@kvn.com,efiling@kvn.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com,dwestphal@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Jeffrey David Light**
  jeffl@csgrr.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,westonreid@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**
  asharma@vbllaw.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,kjb@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

Heather M. McPhee
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```