**E-Filed 12/1/08**

1. COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
   TRAVIS E. DOWNS III (148274)
   ELLEN GUSIKOFF STEWART (144892)
   BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
   San Diego, CA  92101
   Telephone:  619/231-1058
   619/231-7423 (fax)
   travisd@csgrr.com
   elleng@csgrr.com
   bennyg@csgrr.com
       – and –
   SHAWN A. WILLIAMS (213113)
   AELISH M. BAIG (201279)
   CHRISTOPHER M. WOOD (254908)
   100 Pine Street, Suite 2600
   San Francisco, CA  94111
   Telephone:  415/288-4545
   415/288-4534 (fax)
   swilliams@csgrr.com
   abaig@csgrr.com
   cwood@csgrr.com

   BARROWAY TOPAZ KESSLER
     MELTZER & CHECK, LLP
   ERIC L. ZAGAR
   ROBIN WINCHESTER
   280 King of Prussia Road
   Radnor, PA  19087
   Telephone:  610/667-7706
   610/667-7056 (fax)
   ezagar@btkmc.com
   rwinchester@btkmc.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION | Master File No. 5:06-cv-03484-JF |
| This Document Relates To:<br><br>ALL ACTIONS. | SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE ON GEORGE SAMENUK'S PETITION TO COMPEL ARBITRATION |

1  WHEREAS, on October 30, 2008 defendant George Samenuk ("Samenuk ") filed a Re-Notice of Petition and Petition to Compel Arbitration ("Petition") of claims against Samenuk in the above-captioned action.  Dkt. No. 133;

WHEREAS, pursuant to Civ. L. R. 7-3, any response to Samenuk's Petition is due to be filed on November 14, 2008;

WHEREAS, Plaintiffs, McAfee and Samenuk are discussing the possibility of resolution of the Petition without additional briefing or a ruling by the Court on its merits;

WHEREAS, on November 17, 2008, the Court entered a Stipulation and Order Extending the Date of Response to the Petition to November 25, 2008 (Dkt. No. 135);

WHEREAS, on November 24, 2008, the parties circulated a proposed agreement that would resolve the Petition;

WHEREAS, holiday schedules have impeded the parties' ability to finally communicate approvals on the proposed agreement;

WHEREAS, the parties have met and conferred and agree that, if necessary, any opposition to the Petition will be filed no later than December 2, 2008.

NOW, THEREFORE, it is hereby agreed upon by the parties through their counsel of record and subject to the approval of the Court as follows:

1.  The date by which any party must respond to Samenuk's Petition to Compel Arbitration shall be extended to December 2, 2008.

2.  Samenuk's reply shall be filed and served no later than December 17, 2008.

3.  Argument on the motion shall be heard on January 9, 2009 or a date to be determined by the Court.

DATED: November 26, 2008                COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        SHAWN A. WILLIAMS
                                        AELISH M. BAIG
                                        CHRISTOPHER M. WOOD


                                                    /s/
                                        SHAWN A. WILLIAMS

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE ON GEORGE SAMENUK'S PETITION TO COMPEL ARBITRATION - 5:06-cv-03484-JF          - 1 -

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
ELLEN GUSIKOFF STEWART
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  November 26, 2008           KEKER & VAN NEST LLP
                                    R. JAMES SLAUGHTER
                                    ELLIOT R. PETERS


                                              /s/
                                    R. JAMES SLAUGHTER

                                    710 Sansome Street
                                    San Francisco, CA 94111
                                    Telephone: (415) 391-5400
                                    (415) 397-7188 (fax)

                                    Counsel for Defendant George Samenuk

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Second Stipulation and [Proposed] Order Extending the Briefing Schedule on George Samenuk's Motion to Compel Arbitration.  In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.

                                              /s/
                                    SHAWN A. WILLIAMS

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE ON
GEORGE SAMENUK'S PETITION TO COMPEL ARBITRATION - 5:06-cv-03484-JF           - 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 26, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 3 | | BORIS FELDMAN |
| | | RODNEY G. STRICKLAND |

/s/
RODNEY G. STRICKLAND

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Counsel for Nominal Defendant McAfee, Inc. and Individual Defendants Eric Brown, Robert Bucknam, Leslie Denend, Robert Dutkowsky, Dale Fuller, Denis O'Leary, Robert Pangia, Liane Wilson

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Second Stipulation and [Proposed] Order Extending the Briefing Schedule on George Samenuk's Motion to Compel Arbitration.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

/s/
SHAWN A. WILLIAMS

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: 12/1/08    _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

S:\CasesSD\McAfee Derivative\S_O00055938 Second Extend Brfg Sched.doc

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2008.

      s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

## Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B. Au**
  bau@kvn.com,efiling@kvn.com,apicar@kvn.com,alm@kvn.com

- **Aelish Marie Baig**
  AelishB@csgrr.com,khuang@csgrr.com

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **N Scott Fletcher**
  sfletcher@velaw.com,epannill@velaw.com,eklager@velaw.com

- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com

- **Jo W. Golub**
  jgolub@kvn.com,efiling@kvn.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **William M. Goodman**
  wgoodman@kasowitz.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Brandon Kimura**
  bkimura@cooley.com,tcarney@cooley.com

- **Jeffrey David Light**
  jeffl@csgrr.com

- **Elliot Remsen Peters**
  epeters@kvn.com,efiling@kvn.com,aap@kvn.com

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,westonreid@quinnemanuel.com

- **Joshua A. Reiten**
  jreiten@howardrice.com,aaustin@howardrice.com

- **Avin P. Sharma**
  asharma@vbllaw.com

- **Clara Shin**
  cshin@hrice.com,ccamp@howardrice.com

- **Robert James Slaughter**
  rjs@kvn.com,efiling@kvn.com,mls@kvn.com

- **DeMaurice Fitzgerald Smith**
  DeMaurice.Smith@lw.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael C. Holmes
```
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002

```
Heather M. McPhee
```
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

```
James H Miller
```
Barroway Topaz Kessler  Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

```
Sandra G. Smith
```
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087