BORIS FELDMAN, State Bar No. 128838
RODNEY G. STRICKLAND, State Bar No. 161934
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

CLAYTON BASSER-WALL, State Bar No. 209100
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210
Austin, TX 78759-8497
Telephone: (512) 338-5407
Facsimile: (512) 338-5499

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Robert Bucknam, Leslie Denend, Robert
Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, and Liane Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MCAFEE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 5:06-cv-03484-JF<br><br>STIPULATION AND [PROPOSED] ORDER RE ADJUDICATION OF REMAINING CLAIMS |

1  McAfee Inc. ("McAfee" or "the Company"), Lead Plaintiffs, and certain of the Individual Defendants -- George Samenuk ("Samenuk"), Kevin Weiss ("Weiss"), and Kent Roberts ("Roberts"); collectively, the "Non-Settling Defendants" -- hereby submit this Stipulation and agreement concerning the claims against Samenuk, Weiss and Roberts in the above-captioned matter.

WHEREAS, on October 1, 2008, Lead Plaintiffs, McAfee and all of the individual defendants except the Non-Settling Defendants filed a Stipulation of Settlement with the Court memorializing their agreement resolving all claims in the above-captioned matter except those against the Non-Settling Defendants (Dkt. No. 12);

WHEREAS, the Stipulation of Settlement provides that following final approval of the settlement, McAfee shall, in the first instance, have the right to pursue directly its claims against the Non-Settling Defendants, *see* Stipulation of Settlement, Sections 3.1(d), 5.1; and, in fact, McAfee has already advanced claims and counterclaims against Samenuk and Weiss;

WHEREAS, on October 16, 2008, the Court granted preliminary approval of the proposed settlement (Dkt. No. 130);

WHEREAS, subsequent to October 16, 2008, McAfee, through the Mediator who had supervised the prior settlement discussions (former U.S. District Court Judge Layn Phillips), asked that Lead Plaintiffs agree to a plan for adjudication of the remaining claims against the Non-Settling Defendants; specifically, upon final approval of the settlement, the remaining claims against the Non-Settling Defendants would be dismissed without prejudice to any claims that McAfee has against any of the Non-Settling Defendants and without prejudice to any claims that the Non-Settling Defendants may have against McAfee (the "Adjudication Plan");

WHEREAS, McAfee believes that the proposed Adjudication Plan is in the best interests of McAfee and its shareholders because (i) dismissal of the derivative action would reduce McAfee's exposure for the Non-Settling Defendants' defense and related attorneys' fees and costs under those defendants' indemnification agreements with McAfee; (ii) McAfee has pursued claims against two of the Non-Settling Defendants that subsume the claims that would

survive the proposed settlement and there is no need for the burden and expense of duplicative litigation; and (iii) dismissal of the remaining claims in this lawsuit would enable McAfee to freely and fully assert counterclaims against the Non-Settling Defendants in arbitrations;

WHEREAS, during late October 2008 and early November 2008, counsel for McAfee, Lead Plaintiffs and the Non-Settling Defendants each conferred separately with Judge Phillips and negotiated with one another regarding the proposed Adjudication Plan;

WHEREAS, after negotiations and deliberations aided by Judge Phillips, McAfee, Lead Plaintiffs, and the Non-Settling Defendants are now satisfied that the proposed Adjudication Plan does not compromise the Company's ability to pursue any claims against the Non-Settling Defendants and would not compromise any claims that the Non-Settling Defendants may have against McAfee;

WHEREAS, because the Adjudication Plan (i) would not compromise McAfee's ability to pursue any claims against the Non-Settling Defendants; and based on McAfee's representations, (ii) will directly benefit McAfee in the manner set forth above, Lead Plaintiffs have agreed to accede to McAfee's request that, upon final approval of the Settlement, Lead Plaintiffs will dismiss the remaining claims against the Non-Settling Defendants, without prejudice to any claims and/or counterclaims that McAfee has pursued or may pursue against them;

WHEREAS, because the proposed Adjudication Plan would not compromise the Non-Settling Defendants' ability to pursue any claims that they may have against McAfee while eliminating the burden of duplicative litigation, the Non-Settling Defendants have agreed to the Adjudication Plan as well; and

WHEREAS, all parties agree that this development does not alter any other terms of the Stipulation of Settlement; and, therefore, believe that the schedule previously entered by the Court for final approval need not be altered.

IT IS THEREFORE STIPULATED AND AGREED by McAfee, Lead Plaintiffs and the Non-Settling Defendants, through their respective counsel of record, that, upon final approval of

1  the settlement, Lead Plaintiffs will dismiss the remaining derivative claims against Non-Settling

2  Defendants Roberts, Samenuk, and Weiss. This dismissal shall not prejudice any claims that

3  McAfee has against any of the Non-Settling Defendants and shall not prejudice any claims that

4  any Non-Settling Defendant may have against McAfee.

Dated:  December 30, 2008

By: _____/s/ Rodney G. Strickland, Jr._____
Boris Feldman
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

Attorneys for Nominal Defendant
McAfee, Inc. and Individual Defendants
Eric Brown, Robert Bucknam, Leslie Denend,
Robert Dutkowsky, Dale Fuller, Denis O'Leary,
Robert Pangia, and Liane Wilson

Dated:  December 30, 2008

By: _____/s/ R. James Slaughter_____
Elliot R. Peters
R. James Slaughter
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Individual Defendant
Geroge Samenuk

Dated:  December 30, 2008

By: _____/s/ N. Scott Fletcher_____
N. Scott Fletcher
VINSON & ELKINS LLP
1001 Fannin – Suite 2500
Houston, TX  77002-6760
Telephone: (713) 758-3234
Facsimile:   (713) 615-5168

Attorneys for Individual Defendant
Kevin Weiss

Dated:  December 30, 2008

By: _____/s/ William Freeman_____
William S. Freeman

-3-

| | |
|---|---|
| | COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br><br>Attorneys for Individual Defendant<br>Kent Roberts |
| Dated: December 30, 2008 | By: _____/s/ Shawn A. Williams_____<br>Shawn A. Williams<br>LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>100 Pine Street, Ste. 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br><br>Travis E. Downs III<br>Benny C. Goodman III<br>Thomas G. Wilhelm<br> LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>BARROWAY TOPAZ KESSLER METZLER<br>& CHECK, LLP<br>Eric L. Zagar<br>Robin Winchester<br>James H. Miller<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br><br>Co-Lead Counsel for Plaintiffs |

\* \* \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, and for good cause, upon final approval of the settlement, Lead Plaintiffs shall dismiss the remaining derivative claims against Non-Settling Defendants Roberts, Samenuk, and Weiss. Lead Plaintiffs' dismissal of the claims

-4-

1  against the Non-Settling Defendants shall not prejudice any claims that McAfee has against any
2  of the Non-Settling Defendants and shall not prejudice any claims that any Non-Settling
3  Defendant may have against McAfee.
4       IT IS SO ORDERED.
5  DATED: 1/5/09
6                                                          THE HONORABLE JEREMY FOGEL
                                                           UNITED STATES DISTRICT JUDGE