**E-Filed 9/14/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MCAFEE, INC. DERIVATIVE LITIGATION | Case No. 5:06-cv-03484 JF/PVT<br><br>ORDER[1] (1) DENYING MOTION TO INTERVENE AND (2) TERMINATING MOTION FOR RECUSAL OF COUNSEL<br><br>[Docket No. 153] |

    Movants seek to intervene in the instant action pursuant to Federal Rule of Civil Procedure 24(a) and (b). Because of an alleged conflict of interest with one of the movants, they also request that attorney Michael K. Yarnoff recuse himself from the litigation. Federal Rule of Civil Procedure 24(d) requires that a motion to intervene "state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Movants provide only conclusory statements that they possess "newly discovered evidence," consisting of "[d]ocuments, [e]xhibits, [b]anking records, and [p]hotographs," and they do not attach a pleading. Further, a motion under Rule 24(a) or (b) must be "timely." The

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:06-cv-03484-JF/PVT
ORDER (1) DENYING MOTION TO INTERVENE AND (2) TERMINATING MOTION FOR RECUSAL OF COUNSEL
(JFEX1)

1  instant action was terminated on February 2, 2009, subsequent to entry of final judgment and
2  dismissal of the action with prejudice.  Accordingly, the motion to intervene will be denied.  The
3  motion to recuse Michael K. Yarnoff from the litigation will be terminated as moot both because
4  the motion to intervene is without merit and because there is no record of an attorney named
5  Michael K. Yarnoff having appeared as counsel in this action.

7  IT IS SO ORDERED.

9  DATED: 9/13/10

   _____
   JEREMY FOGEL
   United States District Judge

Case No. 5:06-cv-03484-JF/PVT
ORDER (1) DENYING MOTION TO INTERVENE AND (2) TERMINATING MOTION FOR RECUSAL OF COUNSEL
(JFEX1)

1 | Copies of Order served on:

2 | Aelish Marie Baig     AelishB@rgrdlaw.com, khuang@rgrdlaw.com

3 | Avin P. Sharma     asharma@vbllaw.com

4 | Benjamin B. Au     bau@kvn.com, alm@kvn.com, efiling@kvn.com

5 | Brandon Kimura     bkimura@cooley.com, tcarney@cooley.com

6 | Clara Shin     cshin@hrice.com, ccamp@howardrice.com

7 | Clay Basser-Wall     cbasserwall@wsgr.com

8 | DeMaurice Fitzgerald Smith     DeMaurice.Smith@lw.com

9 | Elliot Remsen Peters     epeters@kvn.com, aap@kvn.com, efiling@kvn.com

10 | Eric L. Zagar     ezagar@btkmc.com, dalbert@btkmc.com, der_filings@btkmc.com, jyemm@btkmc.com, lmoya@btkmc.com, lwilliams@btkmc.com, rwinchester@btkmc.com, tkao@btkmc.com

12 | Gregory Lewis Watts     gwatts@wsgr.com, lbeltran@wsgr.com

13 | Jeffrey David Light     jeffl@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com

14 | Jo W. Golub     jgolub@kvn.com, efiling@kvn.com, gpeterson@kvn.com, jah@kvn.com

15 | John Mark Potter     johnpotter@quinnemanuel.com, amberburns@quinnemanuel.com, westonreid@quinnemanuel.com

16 | John P. Stigi , III     jstigi@sheppardmullin.com, mvanterpool@sheppardmullin.com

17 | Joshua A. Reiten     jreiten@howardrice.com, jcaruso@howardrice.com

18 | N Scott Fletcher     sfletcher@velaw.com, eklager@velaw.com, epannill@velaw.com

19 | Robert James Slaughter     rslaughter@kvn.com, alauridsen@kvn.com, efiling@kvn.com, mls@kvn.com

21 | Robert S. Green     CAND.USCOURTS@CLASSCOUNSEL.COM

22 | Rodney Grant Strickland , Jr     lkoontz@wsgr.com, rstrickland@wsgr.com

23 | Sarah A. Good     sgood@howardrice.com, bhastings@howardrice.com

24 | Shawn A. Williams     shawnw@rgrdlaw.com, cwood@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com, jdecena@rgrdlaw.com, khuang@rgrdlaw.com, travisd@rgrdlaw.com

25 | Travis E. Downs , III     travisd@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com

26 | William M. Goodman     wgoodman@kasowitz.com, aajmani@kasowitz.com, anathan@kasowitz.com

3

Case No. 5:06-cv-03484-JF/PVT
ORDER (1) DENYING MOTION TO INTERVENE AND (2) TERMINATING MOTION FOR RECUSAL OF COUNSEL
(JFEX1)

| | |
|---|---|
| 1 | William S. Freeman    freemanws@cooley.com, galancr@cooley.com |
| 2 | Heather M. McPhee |
| | Patton Boggs, LLP |
| 3 | 2550 M Street, N.W. |
| | Washington, DC 20037 |
| 4 | |
| | James H Miller |
| 5 | Barroway Topaz Kessler Meltzer & Check LLP |
| | 280 King of Prussia Road |
| 6 | Radnor, PA 19087 |
| 7 | Michael C. Holmes |
| | Vinson & Elkins, L.L.P. |
| 8 | 1001 Fannin Street |
| | 2500 First City Tower |
| 9 | Houston, TX 77002 |
| 10 | Sandra G. Smith |
| | Barroway Topaz Kessler Meltzer & Check, LLP |
| 11 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| 12 | |
| | Richard Galietti |
| 13 | #15814014 |
| | P.O. Box 14500 |
| 14 | Lexington, KY 40512 |
| 15 | Daniel Giannini |
| | #75206053 |
| 16 | P.O. Box 14500 |
| | Lexington, KY 40512 |
| 17 | |
| | George BarBour |
| 18 | #11321084 |
| | P.O. Box 14500 |
| 19 | Lexington, KY 40512 |
| 20 | Mingo Reed |
| | P.O. Box 14500 |
| 21 | Lexington, KY 40512 |
| 22 | Daniel Anthony Weymouth |
| | #55153083 |
| 23 | P.O. Box 14500 |
| | Lexington, KY 40512 |
| 24 | |
| | Mario Alvarado |
| 25 | #50333179 |
| | P.O. Box 14500 |
| 26 | Lexington, KY 40512 |
| 27 | |
| 28 | |

4

Case No. 5:06-cv-03484-JF/PVT
ORDER (1) DENYING MOTION TO INTERVENE AND (2) TERMINATING MOTION FOR RECUSAL OF COUNSEL
(JFEX1)

1  Ralph Rogers
   #85033071
2  P.O. Box 14500
   Lexington, KY 40512
3
   Jimmy O'Neal Brown
4  P.O. Box 14500
   Lexington, KY 40512
5
   Patrick J. Simpson
6  #05095036
   P.O. Box 14500
7  Lexington, KY 40512

8  Jonathan Lee Riches
   #40948018
9  P.O. Box 14500
   Lexington, KY 40512
10
   Maurice Shelly
11 #06909089
   P.O. Box 14500
12 Lexington, KY 40512

13 Larry Norris
   #08284028
14 P.O. Box 14500
   Lexington, KY 40512
15
   Oscar Nunez
16 P.O. Box 14500
   Lexington, KY 40512
17
   Andre Cowley
18 #09591067
   P.O. Box 14500
19 Lexington, KY 40512

20

21

22

23

24

25

26

27

28

5

Case No. 5:06-cv-03484-JF/PVT
ORDER (1) DENYING MOTION TO INTERVENE AND (2) TERMINATING MOTION FOR RECUSAL OF COUNSEL
(JFEX1)